**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter __7__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Arena Football League LLC** |

| | |
|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **61-1603730** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1600 Market Street, Suite 2600**<br>**Philadelphia, PA 19103**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Philadelphia**<br>County | **Location of principal assets, if different from principal place of business**<br>**Philadelphia, PA 19103**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.arenafootball.com** |

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Arena Football League LLC**                                Case number (*if known*) _____
          Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   7113

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | **Arena Football League LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | |
|---|---|
| Debtor | **Arena Football League LLC** |
| | Name |

Case number (*if known*) _____

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 27, 2019**
MM / DD / YYYY

**X** **/s/ Randall Boe**
Signature of authorized representative of debtor

**Randall Boe**
Printed name

Title    **Commissioner**

**18. Signature of attorney**

**X** **/s/ Michael R. Lastowski**
Signature of attorney for debtor

Date    **November 27, 2019**
MM / DD / YYYY

**Michael R. Lastowski**
Printed name

**Duane Morris LLP**
Firm name

**222 Delaware Avenue, Suite 1600**
**Wilmington, DE 19801-1659**
Number, Street, City, State & ZIP Code

Contact phone    **302-657-4900**        Email address    **MLastowski@duanemorris.com**

**3832 DE**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Arena Football League LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 27, 2019**         X **/s/ Randall Boe**
                                              Signature of individual signing on behalf of debtor

                                              **Randall Boe**
                                              Printed name

                                              **Commissioner**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Arena Football League LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................................... $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................... $     1,277,672.56

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................................... $     1,277,672.56

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     3,970,373.77

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     299.16

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     17,222,388.77

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b     $     21,193,061.70

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Arena Football League LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Boston Private Bank** | | **5773** | $0.00 |
| 3.2. | **Boston Private Bank** | | **7010** | $0.00 |
| 3.3. | **PNC Bank** | | **3775** | $0.00 |
| 3.4. | **PNC Bank** | | **3783** | $0.00 |
| 3.5. | **PNC Bank** | | **3812** | $0.00 |
| 3.6. | **PNC Bank** | | **3847** | $0.00 |
| 3.7. | **PNC Bank** | | **3855** | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Arena Football League LLC**   Case number *(If known)* _____
   Name

| | | | |
|---|---|---|---|
| 3.8. | **PNC Bank** | **4612** | **$0.00** |
| 3.9. | **PNC Bank** | **4655** | **$0.00** |
| 3.10. | **PNC Bank** | **4772** | **$0.00** |
| 3.11. | **PNC Bank** | **4171** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                    **$0.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**  **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

 ☐ No.  Go to Part 3.
 ■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
  Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Columbus Location Security Deposit** | **$6,276.00** |
| 7.2. | **Albany Players Housing Security** | **$6,207.00** |
| 7.3. | **Philadelphia Players Housing Security - Autumn Ridge** | **$13,595.38** |
| 7.4. | **Retainer for labor and employment matters: Kamer Zucker Abbott** | **$5,000.00** |
| 7.5. | **Retainer for labor and employment matters - Franczek Radelet P.C.** | **$5,000.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
  Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **National Union Fire Insurance Company of Pittsburgh - escrow** | **$50,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Arena Football League LLC**                                    Case number *(If known)* _____
            Name

9.    **Total of Part 2.**                                                                    | $86,078.38 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11b. Over 90 days old: | 14,291.00 | - | 14,291.00 | =... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 37,000.00 | - | 37,000.00 | =... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,856.00 | - | 0.00 | =... | $1,856.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,690.00 | - | 0.00 | =... | $1,690.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 4,950.00 | - | 0.00 | =... | $4,950.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 12,865.00 | - | 0.00 | =... | $12,865.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 2,500.00 | - | 0.00 | =... | $2,500.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 2,972.50 | - | 0.00 | =... | $2,972.50 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 8,000.00 | - | 0.00 | =... | $8,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 17,600.00 | - | 0.00 | =... | $17,600.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 25,410.00 | - | 0.00 | =... | $25,410.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Arena Football League LLC**    Case number *(if known)*    _____
Name

11b. Over 90 days old:    **4,500.00**    -    **0.00**    =....    **$4,500.00**
face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    **500.00**    -    **0.00**    =....    **$500.00**
face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**    **$82,843.50**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies Misc. merchandise inventory: crew socks, Spalding leather autograph, Various team logo t-shirts, hats, sweatshirts, other logo clothing, team logo replica jerseys, team logo football helmets, team logo footballs, team logo drawstring bags, team logo water bottles,** | | $24,280.04 | | $24,280.04 |

Debtor    **Arena Football League LLC**                              Case number *(If known)* _____
                Name

**(Baltimore Brigade & Washington Valor Medical Supplies): elastikon elastic tape, lightplast pro tape, powerflex cohes, tubular compressions, 4 tall adult crutches, 4 reg. adult crutches, 4 boxes of mouthguards, powerflo 10 water pumps, 6 boxes of addaprin 200 mg tablets, mueller pro strips, 4 jars of atomic balm, hsi 3antbtc, lidopro patch, first aid only ammonia inhalants, bag ice disposable, 6 taping tables w/storage and removable tops, 6 normatec w/leg attachments, 2 wilson rolling medical trunks. Baltimore Brigade: 2 medical stools, 2 Hausmann tables, Richman Stim Tower, Scotsman ice Machine 25lb., Normatec, waterboy, 2 foam rollers, 8-10 gal. gatorade coolers, 6-6 gal. gatorade cooler, 6 ice chests, 8 boxes of gatorade carriers, 1000/box gatorade bottles, 2 hydroculators, 10 hot packs, 10 covers, 40 boxes of powerflex, 4 boxes of pre-wrap, 20 cases of stretch, 20 boxes of tubigrip, 2 bozes, scotchcast material, 4 heel and lace, 4 bags, 4 cases of ice bags, 4 cases of flexi-wrap, 2 cases of tuff skin, 2 cases of atomic balm, numerous opened packages of loose gauze, bandaids, tefla, padding, blister control, applicators, otc meds, skin cleaners, flexall, biofreeze, thermometers, scissors, sharks**

_____    _____    **Unknown**    _____    **Unknown**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Arena Football League LLC**

Case number *(If known)* _____

Name

| | | | |
|---|---|---|---|
| **Monumental Sports** | | | |
| **Items in Storage:** | | | |
| **MSE Current Storage** | | | |
| **Pallet Count** | | | |
| **Valor t-shirts    2** | | | |
| **Valor Coasters    1** | | | |
| **Valor Flags    1** | | | |
| **Brigade t-shirts    3** | | | |
| **Brigade Jerseys    1** | | | |
| **Valor Jerseys    1** | | | |
| **Valor Inflatables    2** | | **Unknown** | **Unknown** |

23.  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

**$24,280.04**

24.  **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br>**Misc. office furniture & equipment: worksurfaces, tables, chairs, mobile pedestals, guest chairs, mobile dry erase boards, white boards, tshirt cannon, ticket printers, swivel arm chairs, executive chairs, file cabinets, conference tables,** | **$27,020.87** | | **$36,741.81** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br>**Computers, computer equipment, tv's** | **$3,637.00** | | **$5,901.63** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Arena Football League LLC**                                      Case number *(If known)* _____
          Name

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                          | $42,643.44 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Columbus Destroyers: field system, football<br>equipment, furniture, speedflex helmets,<br>shoulder pads, first down markers, player<br>uniforms, practice jerseys, tripod, helmet<br>visors, headsets, 3 portable tv stands, floor<br>pads, 28 portable lockers, 30 player travel<br>bags, 2 inflatable walls, 2 blowers, video<br>camera, pole for video camera, 2 press<br>conference backdrops, rigging equipment,<br>1000 group t-shirts** | $75,425.12 | N/A | $90,375.48 |
| **Albany Empire:  field system, football<br>equipment, and furniture** | $138,170.00 | N/A | $170,055.00 |
| **Atlantic City Blackjacks: football equipment,<br>and furniture** | $26,471.29 | N/A | $32,860.91 |
| **Philadelphia Soul: field system, football<br>equipment, and furniture<br>(fully depreciated)** | $0.00 | | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Arena Football League LLC**                                    Case number *(If known)*
Name

**Baltimore Brigade: field system, dasher pads, goal posts, intro inflatable helmet, qb challenge inflatable, retractable banners (20), down and distance markers, 16 lockers, water dispenser, 3 stand up practice dummies, 4 25# ol/dl hand bags, 5 hand shields, 4 step over pads, 10 red helmet skullies, 1 football on a stick, 13 riddell speed flex helmets, 48 riddell speed helmets, 22 riddell rev speed speed helmet, 16 360 speed helmets, 65 should pads various sizes and models, 370 2018 afl footballs, 80 phenom elite jerseys, 80 phenom elite pants, promo t-shirts, promo koozies, 3 dell laptops, 1 desktop monitor, 1 office printer, 5 desk units, 8 desk chairs, 3 filing cabinets, 4 tvs, 9 white boards, 40 meeting chairs, 10 meeting tables, 1 projector w/projector screen, 3 tv stands, hipod video equipment (field and equipment is fully depreciated)**          $201,000.00    N/A          $0.00

**Washington Valor: field system, intro inflatable & blowers, jersey inflatables, valor promo t-shirts, valor promo coasters, Valor sth jersey giveaways, dasher pads, field goal posts, down and disance markers, mascot uniform, qb challenge inflatable, 10 retractable banners, 114 practice jerseys, 40 practice pants, 18 equipment bags, 136 game socks, 19 revo speed helmets, 20 revo speed flex helmets, 21 revo speed icon helmets, 3 schutt helmets, 2 vicis helmets, 40 riddell spk power shoulder pads, 12 riddell spx power shoulder pads, 5 misc. should pads, 98 uniform pants, washer/dryer, 3 tvs, 2 printers, 3 wall mounted white boards, 1 bag of 11 assorted riddell facemasks, 1 juggs machine, 6 step over pads, 1 football on a stick, 10 riddell spk back plates, 5 riddell spk rib protectors, 2 linehman hand pads, 1 riddell quipment case, 2 agility ladders, 33 agility cones, 3 20 ft. extension cords, 5 arm shields, 1 body opponent bag, 5 pop-up dummies, 2 agility circles, 6 hand shields, 1 inflatable wall, 2 sony handcam video cmaeras, 2 tripods, 1 hi-pod tower, 2 charging kits, 2 extra batteries (football equipment is fully depreciated)**          $124,000.00    N/A          $109,000.00

**Atlantic City field system**                          $228,422.82    N/A          $228,422.82

51.    **Total of Part 8.**                                               $630,714.21
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | **Arena Football League LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **US Patent Trademark - Austin Wranglers** **US Patent Trademark - Columbus Destroyers** **US Patent Trademark - Georgia Force** **US Patent Trademark - Las Vegas Sting** **US Patent Trademark - Utah Blaze** **US Patent Trademark - Las Vegas Outlaws** **US Patent Trademark - #Betonus** **US Patent Trademark - New "A" logo** **US Patent Trademark - New AFL logo** **US Patent Trademark - Arena Football** **US Patent Trademark - Las Vegas Avengers** **US Patent Trademark - Grand Rapids Rampage** **Premium domain registration - columbusedstroyers.com** **US Patent Trademark - Atlantic City Gamblers** **US Patent Trademark - Atlantic City Jackpot** **US Patent Trademark - Atlantic City High Rollers** **US Patent Trademark - Atlantic City Blackjacks** **US Patent Trademark - Atlantic City Royals** | **$411,112.99** | **N/A** | **$411,112.99** |
| | **Copyrights held:  Arena Football League 1997 Operations Manual (CR#TX0004600651); Predators & 14 other titles (CR# V3498D519); Predators & 10 other titles (CR#V3498D484); Arena Football 1998 Rules Book (CR#TX0004648510); Orland Predators Logo Sheet (CR#VA0002141714); Quad City Steamwheelers (CR#VA0001881612); Atlantic City Blackjacks Logo Sheet (CR#VA0002157273)** | **Unknown** | **N/A** | **$0.00** |
| | **Canadian Trademarks held: Arena Football League (Reg. #TMA596548); Canadian Arena Football League (Reg. #TMA596548; Phantoms Toronto (and design) (Reg. #TMA591628); Toronto Phantoms (Reg. #TMA591310)** | **Unknown** | **N/A** | **$0.00** |

Debtor    **Arena Football League LLC**
Name

Case number *(If known)*

| | | | |
|---|---|---|---|
| A (Serial #88250558); AFL (Reg. #1855376); AFL (Reg. #2854605); AFL (Reg. #3954765); AFL (Reg. #5849448); AFL Alumni (Reg. #4225800); AFL Arena Football League (Reg. #2783006); AFL Arena Football League (Reg. #2948918); albany Empire (Reg. #5542742); Albany Empire (Reg. #88531623); Albany Firebirds (Reg. #2171072); All Fun League (Serial #88455273); Arena Football (Reg. #2842045); Arena Football (Reg. #2865869); Arena Football (Serial #88253885); Arena Football 2 (Reg. #2824353); Arena Football League (Reg. #2829105); Arena Football One (Reg. #4143049); Arenaball (Reg. #1540429); Arenabowl (Reg. #1602917; Arenacup (Reg. #2842133); ArenaFootball2 (Reg. #2875985); Atlantic City Blackjacks (Serial #88332490); Atlantic City Blackjacks (Reg. #5870025); Atlantic City Blackjacks (Serial #88332480); Atlantic City Gamblers (Serial #88284596); Atlantic City High Rollers (serial #88284636); Atlantic City Jackpot (Serial #88284620); Atlantic City Royals (Serial #88285070); Austin Wranglers (Serial #88249926); Baltimore Brigade (Serial #87496494); B (and shield design) (Serial #87496475); Chicago Rush (Reg. #2706181); C Cleveland Gladiators (Reg. #4142269); Columbus Destroyers (Serial #88249957); Columbus Destroyers (Serial #88975528) Georgia Force (Serial #88250003) | **Unknown** | **N/A** | **$0.00** |
| Grand Rapids Rampage (Serial #88250015); Greatest Show on Turf (Serial #88455280); Jacksonville Sharks (Reg. #4517955); Jacksonville Sharks (Reg. #4517956); Las Vegas Outlaws (Reg. #5084840); Las Vegas Outlaws (Serial #88250200); Las Vegas Sting (Serial #88250028); Let's Take it Inside (Serial #88455243); Los Angeles Avengers (Serial #88250214); New Orleans Voodoo (Reg. #2870070); New Orleans Voodoo (Reg. #2870174); New Orleans Voodoo (Reg. #2977230); New Orleans Voodoo Dolls (Reg. #2920531); Orlando Predators (Serial #88300750); Orlando Predators (88300766); Philadelphia Soul (Reg. #3352794/3335647/3335646/3335645/3402219/3398871/3398870/3398869 & 3362796) Philly Soul (Reg. #3352802); Pittsburgh Power (Reg. #4143405); San Antonio Talons (Reg. #4360841/4383014); Spokane Shock (Reg. #3665157); The Brawl Inside the Wall (Reg. #2247499); Utah Blaze (Serial #88250223); Washington Valor (Serial #87496508); V Washington Valor (Serial #87496508); #BETONUS (Serial #88253761); #SHAKETHEROOM (Serial #88455298) | **Unknown** | **N/A** | **$0.00** |

61.    **Internet domain names and websites**

Debtor    **Arena Football League LLC**                          Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                Name

|  | | |
|---|---|---|
| **Arenafootball.com; Philadelphiasoul.com; theAlbanyEmpire.com; ACBlackjacks.com; BaltimoreBrigade.com; WashingtonValor,com; ColumbusDestroyers.com; Acgamblers.com; acjackpot.com; Achighrollers.com; Theacroyals.com; baltimoreafl.com; baltimoreafl.info; baltimoreafl.net; baltimoreafl.org; baltimorebrigade.com; baltimorebrigade.info; baltimorebrigade.org; baltimorebrigade.us; baltimorebrigade.net; brigadebet.com; brigadebetting.com; brigadegamble.com; brigadegamblers.com; brigadegambling.com; brigadewager.com; columbusafl.com; dcbrigade.com; valor.football; valorgamble.com; valorgamblers.com; valorgambling.com; valorwager.com; washbrigade.com; washingtonafl.net; washingtonafl.com; washingtonafl.org; washingtonafl.info; washingtonbrigade.com; washingtondcbrigade.com; washingtondcvalor.com; washingtonvalor.com; washvalor.com, Premium Domain Registration - achighrollers.com; Premium Domain Registration -acgamblers.com; Premium Domain Registration - acjackpot.com; Premium Domain Registration - acblackjacks.com; Premium Domain Registration - the acroyals.com** | **$0.00** | **$0.00** |

---

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**
      **Marketing lists (customer contact information**
      **for marketing)**                                    **Unknown**                    **Unknown**

---

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                          | **$411,112.99** |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**)**?
      ☐ No
      ■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Arena Football League LLC**
Name

Case number *(If known)*

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Arena Football League LLC**
          Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$0.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$86,078.38** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$82,843.50** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$24,280.04** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$42,643.44** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$630,714.21** | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$411,112.99** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,277,672.56** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,277,672.56** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Arena Football League LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Anacostia Sports LLC** | Describe debtor's property that is subject to a lien | $2,393,939.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**601 F. Street, NW**
**Washington, DC 20004**

Creditor's mailing address

**UCC1 Financing Statement filed on 10/23/2019 at SOS-DE**

Describe the lien
**Senior Secured Convertible Promissory Note**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/21/2019**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Anacostia Sports LLC** | Describe debtor's property that is subject to a lien | $725,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**601 F. Street, NW**
**Washington, DC 20004**

Creditor's mailing address

**UCC1 Financing Statement filed on 10/23/2019 at SOS-DE**

Describe the lien
**Senior Secured Convertible Promissory Note**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/5/2019**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor  **Arena Football League LLC**
        Name

Case number (if know) _____

☐ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Anacostia Sports LLC** | | |
|---|---|---|---|

Creditor's Name

**601 F. Street, NW
Washington, DC 20004**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
9/19/19**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**UCC1 Financing Statement filed on
10/23/2019 at SOS-DE**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$550,000.00     $0.00

---

| 2.4 | **Sportsfield Specialties, Inc.** | | |
|---|---|---|---|

Creditor's Name

**41155 NY-10
Delhi, NY 13753**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$51,434.77     $0.00

---

| 2.5 | **White Winston Select Asset
Funds, LLC** | | |
|---|---|---|---|

Creditor's Name

**265 Franklin Street, Suite
1702
Boston, MA 02110-3144**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Secured Promissory Note (amount owed is in
excess of $250,000.00)**

$250,000.00     $0.00

---

Debtor  **Arena Football League LLC**
Name

Case number *(if know)*

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$3,970,373.77

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

**Fill in this information to identify the case:**

Debtor name      **Arena Football League LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> **Government of the District of Columbia** <br> **1101 4th Street, SW, Suite W270** <br> **Washington, DC 20024** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $299.16 | $299.16 |
| Date or dates debt was incurred <br> **10/29/19** | Basis for the claim: <br> **unpaid taxes** | | |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address <br> **Acadian Ambulance Service** <br> **P.O. Box 92970** <br> **130 E. Kaliste Saloom road** <br> **Lafayette, LA 70509** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: _ <br> Is the claim subject to offset? ■ No ☐ Yes | $388.52 |
| **3.2** Nonpriority creditor's name and mailing address <br> **Accelerated Rehabilitiation Centers** <br> **2396 Momentum Place** <br> **Chicago, IL 60689** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: _ <br> Is the claim subject to offset? ■ No ☐ Yes | $27,844.00 |

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $687.60 |
|---|---|---|---|

**Addison, Dominic J**
**7021 Filbert Lane**
**Tampa, FL 33637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,910.00 |
|---|---|---|---|

**Adelson Mclean, APC**
**895 Dove Street, Suite 300**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2019**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.58 |
|---|---|---|---|

**Adirondack Technical Solutions LLC**
**5457 State Route 40**
**Argyle, NY 12809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2019**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,815.10 |
|---|---|---|---|

**ADP**
**P.O. Box 842875**
**Boston, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Adrian Battles**
**c/o Glenn Stuckey**
**1McArthur Place, Suite 200**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  worker's compensation action**

Last 4 digits of account number  **5239**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Adrian McPherson**
**c/o Pro Athlete LAw Group**
**401 B St #2350**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  worker's compensation claim**

Last 4 digits of account number  **6406**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Adron Terrell**
**c/o Tim English, Esquire**
**3150 Almaden Expressway, #147**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  worker's compensation claim**

Last 4 digits of account number  **9755**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,632.50** |
|---|---|---|---|

**Advantage Warehousing & Logistics**
**7050 Lindell Road, #160**
**Las Vegas, NV 89118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **storage facility**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,366.98** |
|---|---|---|---|

**AFLPU**
**6300 Powers Ferry Road**
**Atlanta, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$727.52** |
|---|---|---|---|

**AIA Whats Up Promotions**
**8148 Solutions Center**
**Chicago, IL 60677**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AIG Property Casualty Inc.**
**c/o Sidley Austin LLP**
**787 Seventh Avenue**
**Attn: Andrew D. Hart**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,385.00** |
|---|---|---|---|

**Albany Advanced Imaging**
**P.O. Box 74**
**Latham, NY 12110**

Date(s) debt was incurred _

Last 4 digits of account number  **aefl**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,469.98** |
|---|---|---|---|

**Albany Times Union**
**P.O. Box 80068**
**Prescott, AZ 86304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$444.00** |
|---|---|---|---|

**All About Therapy**
**501 E. Sugarland Hwy.**
**Clewiston, FL 33440**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,352.96**
---|---|---|---

**All Service Moving**
**66 SE Morrison**
**Portland, OR 97214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84.80**

**Allied Storage Containers**
**3420 Chateau Drive**
**East New Market, MD 21631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1621**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,902.59**

**Alpha Media LLC**
**1211 SW 5th Avenue, Suite 750**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **radio broadcasting of Portland games**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Amarri Jackson**
**c/o Pro Athlete Law Group**
**401 B St #2350**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0103**

Basis for the claim:  **worker's compensation claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$695.20**

**American Express**
**P.O. Box 30384**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1001**

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,309.53**

**American Express**
**P.O. Box 30384**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2000**

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,228.36**

**American Express**
**P.O. Box 30384**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1006**

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,231.56** |

**American Express**
**P.O. Box 30384**
**Salt Lake City, UT 84130**

Date(s) debt was incurred __

Last 4 digits of account number **2009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,830.60** |

**American Express**
**P.O. Box 30384**
**Salt Lake City, UT 84130**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,417.50** |

**Amos, Anthony**
**5551 Livingston Drive**
**Fayetteville, NC 28311**

Date(s) debt was incurred __

Last 4 digits of account number **579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000,000.00** |

**Anacostia Sports LLC**
**601 F. Street, NW**
**Washington, DC 20004**

Date(s) debt was incurred **4/26/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250,000.00** |

**Anacostia Sports LLC**
**601 F. Street, NW**
**Washington, DC 20004**

Date(s) debt was incurred **5/23/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250,000.00** |

**Anacostia Sports LLC**
**601 F. Street, NW**
**Washington, DC 20004**

Date(s) debt was incurred **7/3/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,086.03** |

**Ancero LLC**
**1001 Briggs Road, Suite 220**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$581.84** |
|---|---|---|---|

**Andrew Holland**
**10503 NE Oak Brooker**
**Vancouver, WA 98662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$551.25** |
|---|---|---|---|

**Andrews, Donell**
**614 Ralston Avenue**
**Pikesville, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1081**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,749.08** |
|---|---|---|---|

**Anthony Herron**
**1305 S. Michigan Avenue, Apt. 804**
**Chicago, IL 60605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  breach of contract suit**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,685.52** |
|---|---|---|---|

**Arden Echelon Partners, LLC**
**201 Laurel Road**
**Voorhees, NJ 08043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$523.55** |
|---|---|---|---|

**ASC Downtown Surgery Center**
**801 N. Orange Avenue, Suite 630**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,427.07** |
|---|---|---|---|

**Asset Recovery Group, Inc.**
**P.O. Box 14949**
**Portland, OR 97293**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$366.93** |
|---|---|---|---|

**Associated Patho**
**12350 Collection Center**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Arena Football League LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$524.39**

**Associated Reproduction Services**
**13925 Whittier Blvd.**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00**

**Athens Orthopeadic Clinic**
**1765 Old West Broad Street**
**P.O. Box 101709**
**Athens, GA 30606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,305.75**

**Athletes Performance**
**6155 Sports Village road, Suite 400**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$258.90**

**Athletic Decals Inc.**
**8800 Bissonnet Street, Suite N**
**Houston, TX 77074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/4/2019**

Last 4 digits of account number **7802**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,063.00**

**Atlantic City Weekly**
**1000 West Washington Street**
**Pleasantville, NJ 08232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/31/19**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,219.80**

**Atoe, James D**
**18544 96th Avenue E**
**Puyallup, WA 98375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **781**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,915.00**

**Austin, Rodney B**
**38 Pickering Lane**
**Troy, NY 12180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **837**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,372.39** |
|---|---|---|---|

**Autumn Ridge Apartments**
**1501 Little Glouchester Road**
**Cope, CO 80812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$438.75** |
|---|---|---|---|

**Bailey, Willie C**
**16101 NW 17th Place**
**Opa Locka, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **881**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Baltimore Sun**
**P.O. Box 3132**
**Boston, MA 02241-3132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,837.50** |
|---|---|---|---|

**Barber, Robert**
**10513 191st Court East**
**Puyallup, WA 98374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1014**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$877.50** |
|---|---|---|---|

**Barnett, Phillip M**
**2010 Queen Avenue**
**Middletown, OH 45044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **562**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,000.00** |
|---|---|---|---|

**Barton Malow Company**
**300 Spruce Street, Suite 120**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,684.86** |
|---|---|---|---|

**Bashor's Team Athletics**
**4810 N. interstate Avenue**
**Portland, OR 97217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,850.00** |
|---|---|---|---|

**Bates, Leonardo**
**1048 Carmadelle Street**
**Marrero, LA 70072**

Date(s) debt was incurred _

Last 4 digits of account number **339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Beacon Advisors, Inc.**
**1912 N. Hudson Avenue**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,145.00** |
|---|---|---|---|

**Bell, Wilson**
**1629 Carlisle Drive West**
**Mobile, AL 36618**

Date(s) debt was incurred _

Last 4 digits of account number **946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benji McDowell**
**12544 Honeychurch St**
**Raleigh, NC 27614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **severance pay**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,626.40** |
|---|---|---|---|

**Benson, Mykel A**
**1791 Halfomoon Street NW**
**Palm Bay, FL 32907**

Date(s) debt was incurred _

Last 4 digits of account number **227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,671.88** |
|---|---|---|---|

**Big Game USA**
**13835 Welch Road**
**Dallas, TX 75244**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$790.63** |
|---|---|---|---|

**Blue Star Charters and Tours**
**8250 NE Martin Luther King Jr. Blvd.**
**Portland, OR 97211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **charter services**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Arena Football League LLC**                                    Case number *(if known)* _____
      Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,165.63** |
|---|---|---|---|

**Boles, Christopher**
**1011 Homer Street**
**Toledo, OH 43608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1049**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$525.00** |
|---|---|---|---|

**Bouldin, Daronte**
**110 Johnson Avenue**
**Canton, MS 39046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1025**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,205.00** |
|---|---|---|---|

**Bowen, Kevin**
**1568 Tarleton Street**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1066**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
|---|---|---|---|

**Boy Scouts of America**
**807 Kinnear Road**
**Columbus, OH 43212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,626.40** |
|---|---|---|---|

**Boyd, Shane**
**552 Glen Arvin Avenue**
**Lexington, KY 40508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **118**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,318.61** |
|---|---|---|---|

**Brandingmerchandise.com**
**28255 SE Wally Road**
**Boring, OR 97009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,307.50** |
|---|---|---|---|

**Brantley, Harold**
**651 Springhouse Lane**
**Hummelstown, PA 17036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **890**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Brian Buckley**
**704 Evergreen Circle**
**Las Vegas, NV 89107**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Brian Perkins**
**14655 SW 76th Avenue, #1**
**Portland, OR 97224**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,120.00** |
|---|---|---|---|

**Briggs, Christian**
**42349 Bateman Road**
**Franklinton, LA 70438**

Date(s) debt was incurred _
Last 4 digits of account number **1041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,314.19** |
|---|---|---|---|

**Brown, Arkeith**
**407 La Bradford**
**Bay City, TX 77414**

Date(s) debt was incurred _
Last 4 digits of account number **228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|

**Brown, Brandon**
**3768 Tortosa Court**
**San Ramon, CA 94583**

Date(s) debt was incurred _
Last 4 digits of account number **1050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,933.25** |
|---|---|---|---|

**Brown, Lamark**
**6316 Paddock Glen Drive, Apt: 303**
**Tampa, FL 33634**

Date(s) debt was incurred _
Last 4 digits of account number **484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$367.50** |
|---|---|---|---|

**Brown, Marvis**
**6696 Hudnall Road**
**Orange, TX 77632**

Date(s) debt was incurred _
Last 4 digits of account number **1069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor   **Arena Football League LLC**                                              Case number *(if known)* _____

Name

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $826.88 |
|---|---|---|---|

**Brown, Sean Bernard**
**863 Macon Place**
**Uniondale, NY 11553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **891**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,410.00 |
|---|---|---|---|

**Browning, Paul J**
**1155 Bella Springs View, Apt: 514**
**Colorado Springs, CO 80921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **693**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,756.25 |
|---|---|---|---|

**Broxton, Jarell**
**787 Quince Orchard Road, Apt: 31**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **979**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $245.00 |
|---|---|---|---|

**Bruno Silva**
**528 Live Oak Lane**
**Fort Lauderdale, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,961.28 |
|---|---|---|---|

**Buck's Bags, Inc.**
**2401 W. Main Street**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,223.75 |
|---|---|---|---|

**Bullock, Zackery E**
**4801 Mackerel Drive**
**Sebring, FL 33870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **783**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,071.25 |
|---|---|---|---|

**Bunn, Marinus**
**1870 Prince Edward Drive**
**Elon, NC 27244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **965**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Arena Football League LLC** | Case number (if known) | |
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $551.25 |
|---|---|---|---|
| | **Burgess, Jamaal** <br> **26443 Southwest 122nd Place** <br> **Homestead, FL 33032** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1092** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $551.25 |
|---|---|---|---|
| | **Calloway, Derrick** <br> **6803 34th Avenue** <br> **Palmetto, FL 34221** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1082** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Carlton Brown** <br> **c/o Leviton, Diaz & Ginocchio** <br> **1551 N. Tustin Avenue, Suite 850** <br> **Santa Ana, CA 92705** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **worker's compensation claim** | |
| | Last 4 digits of account number **7162;8166** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,031.40 |
|---|---|---|---|
| | **Carr, Gregory** <br> **2701 NE 7th Street, Apt: 511** <br> **Ocala, FL 34470** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **359** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367.50 |
|---|---|---|---|
| | **Carter, Deniko** <br> **2043 Hunting Ridge Drive** <br> **Owings Mills, MD 21117** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **969** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,890.00 |
|---|---|---|---|
| | **Carter, Jeremy Rashaad** <br> **13001 Southeast 155th Avenue** <br> **Happy Valley, OR 97086** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **397** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,063.00 |
|---|---|---|---|
| | **Catamaran Media** <br> **2 North Route 9** <br> **Ocean View, NJ 08230** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,626.40**

**Cato-Bishop, Darryl**
**192 C Humboldt Avenue, Apt: 3**
**Boston, MA 02121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **461**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,626.40**

**Cave, Ryan**
**1334 Shimmer Light Circle**
**Rock Hill, SC 29732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **419**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,748.03**

**CBS Interactive, Inc.**
**24670 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chad Anderson**
**c/o Pro Athlete Law Group**
**401 B St #2350**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7451**

Basis for the claim: **worker's compensation claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.50**

**Chain Reaction Consulting LLC**
**112 Log Canoe Circle**
**Stevensville, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/30/19**

Last 4 digits of account number **1251**

Basis for the claim: **services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,491.25**

**Chandler, Thornton M**
**9322 Tracelawn Court**
**Humble, TX 77396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **886**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$172.50**

**Chuck Kacsur Design**
**69 Shepard Lane**
**South Burlington, VT 05403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$680.68** |
|---|---|---|---|
| | **City of Philadelphia** | ☐ Contingent | |
| | **Department of Revenue** | ☐ Unliquidated | |
| | **P.O. Box 1393** | ☐ Disputed | |
| | **Philadelphia, PA 19105** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,150.00** |
|---|---|---|---|
| | **Clark, Anthony** | ☐ Contingent | |
| | **11235 Minstrel Tune Drive** | ☐ Unliquidated | |
| | **Germantown, MD 20876** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1060** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,205.00** |
|---|---|---|---|
| | **Clark, Lane** | ☐ Contingent | |
| | **3119 Thunderbird Circle** | ☐ Unliquidated | |
| | **Hays, KS 67601** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1073** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,087.50** |
|---|---|---|---|
| | **Clarke, Edward Patrick** | ☐ Contingent | |
| | **17 Southeast 23rd Avenue** | ☐ Unliquidated | |
| | **Cape Coral, FL 33990** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **727** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$551.25** |
|---|---|---|---|
| | **Cohen, Matthew** | ☐ Contingent | |
| | **51 Cornell Drive** | ☐ Unliquidated | |
| | **Plainview, NY 11803** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1086** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.63** |
|---|---|---|---|
| | **Coleman, Alexander** | ☐ Contingent | |
| | **2892 Ravenswood Court** | ☐ Unliquidated | |
| | **Columbus, OH 43232** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1051** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,563.60** |
|---|---|---|---|
| | **Collins, Brandon J** | ☐ Contingent | |
| | **11902 Swan Drive** | ☐ Unliquidated | |
| | **Austin, TX 78750** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **584** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.40**

**Collins, Lanford**
**5 Birkenhead Lane**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **549**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,016.16**

**Columbia Anesthesia Group**
**P.O. Box 5157**
**Vancouver, WA 98668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,446.72**

**Comcast Business**
**P.O. Box 34744**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,272.50**

**Coney, AJ**
**1045 W. Highland Drive**
**Cocoa, FL 32922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **892**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,837.50**

**Cook, Kenyattus**
**502 Ca;edon Court, Apt: 502**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **913**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,547.50**

**Corbin, William D**
**207 n. Sampson Avenue**
**Dunn, NC 28334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **782**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cornelius Dixon**
**c/o Pro Athlete Law Group**
**401 B St #2350**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **worker's compensation claim**

Last 4 digits of account number **7891**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,994.09**

**Cort Business Services**
P.O. Box 17401
Baltimore, MD 21297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,205.00**

**Cottom, Brandon**
152 Parsons Lane
Newtown, PA 18940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1001**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.63**

**Cottrill-Lowe, Julian**
3656 Noe Bixby Road
Columbus, OH 43232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1028**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$551.25**

**Cox, Rakim**
581 Marsh Harbor Drive
San Diego, CA 92154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1083**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,687.50**

**Cozen O'Connor**
P.O. Box 7247
Philadelphia, PA 19170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,315.00**

**CRGO Intelluctual Property Law**
7900 Glades Road, Suite 520
Boca Raton, FL 33434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47.44**

**CSC Corporate Domains, Inc.**
P.O. Box 13397
Philadelphia, PA 19101-3397

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,653.65**

**CTL Management Inc.**
**Kings Court Apartments**
**16300 SW Estuary Drive**
**Beaverton, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**DaJohn Harris**
**c/o Howard Silber**
**2625 Townsgate Road, #330**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **worker's compensation claim**

Last 4 digits of account number **1858**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,024.38**

**Dangerfield, Jared A**
**1831 Waldorf Drive**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **869**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,087.50**

**Daniels, Sean T**
**26 knoll Drive**
**Blackwood, NJ 08012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **732**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,563.60**

**Danzey, Devonte A**
**6728 Crossbrook Lane**
**Pinson, AL 35126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **821**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,750.00**

**Davenport, Svante**
**6941 University Drive West, Apt: 6206**
**Huntsville, AL 35806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **870**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,996.00**

**David Crilly**
**815 1st Avenue**
**Duluth, MN 55810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Arena Football League LLC**_____    Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$354,996.00** |

| | |
|---|---|
| 3.122 **Nonpriority creditor's name and mailing address**<br>**DC Arena LP**<br>**601 F. Street, NW**<br>**Washington, DC 20004**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$354,996.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.123 **Nonpriority creditor's name and mailing address**<br>**Deaudra Dix**<br>**c/o Pro Athlete Law Group**<br>**401 B St #2350**<br>**San Diego, CA 92101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **6666** | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _**worker's compensation claim**_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.124 **Nonpriority creditor's name and mailing address**<br>**Deloatch, Romond**<br>**7401 Halprin Drive**<br>**Norfolk, VA 23518**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **1076** | As of the petition filing date, the claim is: *Check all that apply.*  **$275.63**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.125 **Nonpriority creditor's name and mailing address**<br>**Desert Orthopeadic Center**<br>**P.O. Box 50509**<br>**Henderson, NV 89016**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$9,232.18**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.126 **Nonpriority creditor's name and mailing address**<br>**Dillon, Antron**<br>**12025 Citrus Falls Circle**<br>**Tampa, FL 33625**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **300** | As of the petition filing date, the claim is: *Check all that apply.*  **$5,933.25**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.127 **Nonpriority creditor's name and mailing address**<br>**Discovery Litigation Services**<br>**P.O. Box 420247**<br>**Atlanta, GA 30342**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$1,407.60**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.128 **Nonpriority creditor's name and mailing address**<br>**Donte Brown**<br>**420 Orchard Avenue**<br>**Lansdowne, PA 19050**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$100.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Debtor    **Arena Football League LLC**                                    Case number *(if known)*
_____

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,826.25** |
|---|---|---|---|

**Dover, Thomas E**
**703 East 18th Avenue**
**Homestead, PA 15120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  824**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Drs. Mori Bean and Brooks PA**
**P.O. Box 116700**
**Atlanta, GA 30368**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140,000.00** |
|---|---|---|---|

**Duane Morris LLP**
**30 South 17th Street**
**Philadelphia, PA 19103-4196**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,559.25** |
|---|---|---|---|

**Dunmore, Oshay**
**1115 S. Pine Street**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  843**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,279.58** |
|---|---|---|---|

**Durant, Schoeppel, Decunto & Ratchford**
**6550 St. Augustine Road, Suite 105**
**Jacksonville, FL 32217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,102.50** |
|---|---|---|---|

**Durbin, Tyler**
**1360 Sterling Silver Way**
**Columbus, OH 43240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1074**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,044.62** |
|---|---|---|---|

**Dust Bowl Artistry**
**125 Blue Stem Lane**
**Aledo, TX 76008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Arena Football League LLC_____ Case number *(if known)* _____
Name

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,062.80 |

**3.136** Nonpriority creditor's name and mailing address

**Duvalt, Darian C**
**116 Modest Street**
**Lakeland, FL 33805**

Date(s) debt was incurred _

Last 4 digits of account number __107__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,062.80**

---

**3.137** Nonpriority creditor's name and mailing address

**Edge Arena**
**325 Log Canoe Circle**
**Stevensville, MD 21666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.138** Nonpriority creditor's name and mailing address

**Edwards, Saqwan**
**9223 Portal Drive**
**Houston, TX 77031**

Date(s) debt was incurred _

Last 4 digits of account number __1055__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$735.00**

---

**3.139** Nonpriority creditor's name and mailing address

**Enterprise Holdings**
**1924 NE Columbia Blvd.**
**Portland, OR 97211-1925**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$315.39**

---

**3.140** Nonpriority creditor's name and mailing address

**Enterprise Rideshare**
**20400 SW Teton Avenue**
**Tualatin, OR 97062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,348.90**

---

**3.141** Nonpriority creditor's name and mailing address

**Epps, Dezmon**
**6405 Friday Circle**
**North Highlands, CA 95660**

Date(s) debt was incurred _

Last 4 digits of account number __931__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,622.50**

---

**3.142** Nonpriority creditor's name and mailing address

**Eric Crocker**
**c/o Pro Athlete Law Group**
**401 B St #2350**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number __0691__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __worker's compensation claim__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,858.75 |
| --- | --- | --- | --- |

**Espinosa, Mason Daniel**
**118 Adams Street**
**Cookeville, TN 38506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **895**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,142.50 |
| --- | --- | --- | --- |

**Evans, Jerod X**
**602 Walnut Hollow Drive**
**Mansfield, TX 76063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **884**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
| --- | --- | --- | --- |

**ExamWorks, Inc**
**11010 White Rock Road, Suite 120**
**Rancho Cordova, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,590.50 |
| --- | --- | --- | --- |

**Exos Athlete Performance AZ**
**2629 E. Rose Garden Lane**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,118.50 |
| --- | --- | --- | --- |

**Fance, Calvin**
**5814 Black Gum Drive**
**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **224**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,670.00 |
| --- | --- | --- | --- |

**Ferns II, Adrian B**
**1629 Bruin St**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **865**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,250.00 |
| --- | --- | --- | --- |

**Finishline Pt and Sports LLC**
**2030 E. County Line road, Unit M**
**Littleton, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Arena Football League LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address**<br>**FirstLight**<br>**P.O. Box 1301**<br>**Williston, VT 05495** | **$2,072.43** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address**<br>**Forrester, Malik**<br>**4501 Bonner Road**<br>**Baltimore, MD 21216** | **$1,378.13** |

**Date(s) debt was incurred** _

**Last 4 digits of account number  1027**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address**<br>**FP Mailing Solutions, Inc**<br>**P.O. Box 157**<br>**Bedford Park, IL 60499** | **$334.82** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address**<br>**Franczek Radelet P.C.**<br>**300 S. Wacker Drive, Suite 300**<br>**Chicago, IL 60606** | **$724.50** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address**<br>**Franklin Group**<br>**1856 Flatbush Avenue**<br>**Brooklyn, NY 11210** | **$11,877.71** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address**<br>**Fritz, Rodney V**<br>**8120 Willow Way**<br>**Kansas City, MO 64138** | **$9,626.40** |

**Date(s) debt was incurred** _

**Last 4 digits of account number  454**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address**<br>**Gallington, Deveric**<br>**2510 Holly Brook Lane, #1016**<br>**Arlington, TX 76006** | **$5,457.38** |

**Date(s) debt was incurred** _

**Last 4 digits of account number  374**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,437.28** |
|---|---|---|---|

**GE Capital**
**POB 105710**
**Atlanta, GA 30348**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$960.00** |
|---|---|---|---|

**Genesis Sports Medicine and Rehabilitati**
**3890 Redwine Road, Suite 114**
**Atlanta, GA 30331**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$237.31** |
|---|---|---|---|

**Google**
**Dept. 33654**
**P.O. Box 39000**
**San Francisco, CA 94139**

Date(s) debt was incurred _

Last 4 digits of account number  **0897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,619.00** |
|---|---|---|---|

**Goosby, Joseph L**
**9502 Connock Chase Drive**
**Houston, TX 77065**

Date(s) debt was incurred _

Last 4 digits of account number  **153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,626.40** |
|---|---|---|---|

**Gordon, James**
**1541 W. River Lane**
**Tampa, FL 33603**

Date(s) debt was incurred _

Last 4 digits of account number  **592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,417.50** |
|---|---|---|---|

**Gorman, Jabari T**
**2228 SW 81st Avenue**
**Hollywood, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number  **825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,626.40** |
|---|---|---|---|

**Grady, Thomas C**
**1 Stablegate Drive**
**Clifton Park, NY 12065**

Date(s) debt was incurred _

Last 4 digits of account number  **181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,307.50 |
|-------|-----|-----|-----|
| | **Grant, Antwane Emanuel Alexander** | ☐ Contingent | |
| | **251 W. Dekalb Pike, Apt: EPH05** | ☐ Unliquidated | |
| | **King of Prussia, PA 19406** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **970** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $537.86 |
|-------|-----|-----|-----|
| | **Grant, Troy** | ☐ Contingent | |
| | **10012 South 5th Street** | ☐ Unliquidated | |
| | **Phoenix, AZ 85042** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1024** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|-------|-----|-----|-----|
| | **Gray, Paul A** | ☐ Contingent | |
| | **6410 Celtic Drive SW** | ☐ Unliquidated | |
| | **Atlanta, GA 30331** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **985** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,626.40 |
|-------|-----|-----|-----|
| | **Gray, Reginald** | ☐ Contingent | |
| | **14905 South Langley** | ☐ Unliquidated | |
| | **Dolton, IL 60419** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **193** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $826.88 |
|-------|-----|-----|-----|
| | **Guerad, Antonio** | ☐ Contingent | |
| | **10204 Majestic Palm Circle** | ☐ Unliquidated | |
| | **Riverview, FL 33578** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1059** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,887.50 |
|-------|-----|-----|-----|
| | **Guerra, Fabian** | ☐ Contingent | |
| | **7612 Juniper Street** | ☐ Unliquidated | |
| | **Hollywood, FL 33023** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **959** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,410.00 |
|-------|-----|-----|-----|
| | **Haag, Nicklas** | ☐ Contingent | |
| | **6 Glade Street** | ☐ Unliquidated | |
| | **Worcester, MA 01610** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **936** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,031.88** |
|---|---|---|---|

**Haisley, Glen**
**7340 Briarheath Drive**
**New Orleans, LA 70128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1040**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,677.50** |
|---|---|---|---|

**Hall, Rodney**
**6060 W. Girard Avenue**
**Philadelphia, PA 19151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **927**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,509.28** |
|---|---|---|---|

**Hands-on-care**
**499 Blossom Hill Road**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,681.31** |
|---|---|---|---|

**Harlan, DeAntre**
**2621 Coldstream Drive**
**Fort Worth, TX 76123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1067**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$687.60** |
|---|---|---|---|

**Havrilla, Dennis**
**1174 Limeridge Drive**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **430**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,626.40** |
|---|---|---|---|

**Hayes, Robert**
**102 West Maple Avenue**
**Sterling, VA 20164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **487**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,204.95** |
|---|---|---|---|

**HCI**
**P.O. Box 82910**
**Phoenix, AZ 85071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,717.50** |
|---|---|---|---|

**Henderson, Roderick L**
**3356 E. Tuskegee Circle**
**Montgomery, AL 36108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **848**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,887.65** |
|---|---|---|---|

**Henry Schein**
**135 Duryea Road**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$687.60** |
|---|---|---|---|

**Hicks, Hayworth**
**4312 Maricopa Drive**
**Ames, IA 50014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **360**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,938.80** |
|---|---|---|---|

**Hills, Joseph**
**913 Fern Leaf Drive**
**Ruskin, FL 33570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **109**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,563.60** |
|---|---|---|---|

**Hippeard, Randall P**
**12993 Mallory Circle**
**Orlando, FL 32828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **362**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,529.85** |
|---|---|---|---|

**Historic Boardwalk Hall**
**2301 Boardwalk**
**Atlantic City, NJ 08401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,933.25** |
|---|---|---|---|

**Hobbs, Arthur L**
**2136 Caddy Druve**
**Marrero, LA 70072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1044**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$472.50** |
|---|---|---|---|

**Hobbs, Travonne**
**2136 Caddy Drive**
**Marrero, LA 70072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1044**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,450.00** |
|---|---|---|---|

**Hollis, Dwayne**
**60 South Maple Court**
**Newport News, VA 23608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **486**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,858.75** |
|---|---|---|---|

**Homer, Tevin**
**6723 Red Reef Street**
**Lake Worth, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **897**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,208.18** |
|---|---|---|---|

**Homewood Suites**
**1651 Western Avenue**
**Albany, NY 12203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,939.51** |
|---|---|---|---|

**Idegy Inc.**
**226 N. Fifth Street, Suite 220**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,691.55** |
|---|---|---|---|

**Imagetec**
**4509 Prime Parkway**
**McHenry, IL 60050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,219.09** |
|---|---|---|---|

**Indepedence Blue Cross**
**P.O. Box 8240**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/13/2019**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,188.40 |
|---|---|---|---|
| | **Ings, Kendrick I**<br>**18306 Berwick Terrace**<br>**Hagerstown, MD 21740** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **518** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.00 |
|---|---|---|---|
| | **Inland Orthopeadic Surgery**<br>**2500 W. A Street, Suite 201**<br>**Moscow, ID 83843** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,588.58 |
|---|---|---|---|
| | **institute of Orthopaedic Surgery**<br>**P.O. Box 50509**<br>**Henderson, NV 89016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,953.13 |
|---|---|---|---|
| | **Isles, Nathan**<br>**6410 Celtic Drive SW**<br>**Atlanta, GA 30331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **985** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|---|---|---|---|
| | **Ivory, Aaron**<br>**5154 East 88th Street**<br>**Cleveland, OH 44125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1035** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,820.00 |
|---|---|---|---|
| | **Jackson, Alvin R**<br>**427 Warren Street**<br>**Como, MS 38619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **170** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,626.40 |
|---|---|---|---|
| | **Jackson, Dexter T**<br>**894 Crest Drive E.**<br>**Jacksonville, FL 32221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **263** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00** |
|---|---|---|---|

**Jackson, Laroche Q**
**2447 Parental Home Road**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  187 **

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,609.82** |
|---|---|---|---|

**Jacksonville Orthopeadic Institute**
**1325 San Marco Blvd., suite 200**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,225.00** |
|---|---|---|---|

**James, Tre**
**6123 Edlynne Road**
**Baltimore, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  948 **

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Jeff Curtin**
**11223 SW 27th Avenue**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Jeffrey Kafoury**
**4928 SE 49th**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
|---|---|---|---|

**Jeremy Fisher**
**7608 Belhurst Avenue**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jerome Raymond**
**1211 Carlysle Lnn Ct.,**
**Lawrenceville, GA 30044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  unpaid wages suit 

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor　**Arena Football League LLC**
　　　　　Name

Case number *(if known)* _____

| | |
|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Jet Wave Wireless**
**5228 Eisenhower Avenue**
**Alexandria, VA 22304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25,930.00**

---

3.207　**Nonpriority creditor's name and mailing address**

**Jimmy Jesberger**
**13477 Trevose Road**
**Philadelphia, PA 19116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

3.208　**Nonpriority creditor's name and mailing address**

**JLewis Small Company**
**POB 426**
**Elwood, IN 46036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,779.28**

---

3.209　**Nonpriority creditor's name and mailing address**

**JND Cleaners**
**3212 S. I-10 Service Road**
**Metairie, LA 70001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$326.25**

---

3.210　**Nonpriority creditor's name and mailing address**

**John Currier**
**10505 NE 24th Avenue**
**Vancouver, WA 98686**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

3.211　**Nonpriority creditor's name and mailing address**

**John Leighton**
**2236 Greenwich Street**
**Philadelphia, PA 19123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

3.212　**Nonpriority creditor's name and mailing address**

**John Percich**
**16175 SW Vincent Street**
**Beaverton, OR 97078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,307.50** |
|---|---|---|---|

**Johnson, Jadar**
**4934 North Road**
**Orangeburg, SC 29118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  916 **

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$735.00** |
|---|---|---|---|

**Johnson, Kaleb**
**2873 Taylor Hill Drive**
**Jacksonville, FL 32221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1052 **

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jomo Wilson**
**c/o Leviton Diaz & Ginocchio**
**1551 N. Tustin Avenue, #850**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8971 **

**Basis for the claim:**  worker's compensation claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,750.00** |
|---|---|---|---|

**Jones, Keiron A**
**22186 SW 60th Avenue**
**Boca Raton, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  466 **

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,219.80** |
|---|---|---|---|

**Jones, Malachi**
**930 Summer Wind Place**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  842 **

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,125.00** |
|---|---|---|---|

**Jones, Torez D**
**2812 Lancaster Road**
**Wilson, NC 27896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  704 **

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Josh Vega**
**288942 SW Monte Carlo Avenue**
**Wilsonville, OR 97070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **K&K Insurance Group** <br> **1712 Magnavox Way, P.O. Box 2338** <br> **Fort Wayne, IN 46801** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,750.00** |
|---|---|---|---|
| | **Kanuch, Tuni** <br> **483 North 1220 West** <br> **Provo, UT 84601** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1061** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,232.88** |
|---|---|---|---|
| | **Kanuck Productions** <br> **2021 Ocean Avenue, #325** <br> **Santa Monica, CA 90405** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64.68** |
|---|---|---|---|
| | **KDI** <br> **P.O. Box 1610** <br> **Media, PA 19063** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275.63** |
|---|---|---|---|
| | **Keir, Michael** <br> **1700 South 28th Street** <br> **Philadelphia, PA 19145** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1038** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|
| | **Kevin Tarole** <br> **1606 Ravena Street** <br> **Bethlehem, PA 18015** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,610.00** |
|---|---|---|---|
| | **Key Benefit Administrators** <br> **P.O. Box 55210** <br> **Indianapolis, IN 46205** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Arena Football League LLC** | Case number (if known) | |
| | Name | | |

---

**3.227** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53.73**

**Key Business Solutions**
**575 Virginia Drive**
**Fort Washington, PA 19034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,890.00**

**Keyes, Denzel**
**2201 Rustic Circle**
**Kinston, NC 28504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **982**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$205.76**

**Kimpton Palomar Hotel**
**Attn: Accounting Dept.**
**2121 P Street NW**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Kinex Medical Company**
**1801 Airport Road, Suite D**
**Waukesha, WI 53188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77.00**

**Labratory Corp of America**
**P.O. Box 2240**
**Burlington, NC 27216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,511.75**

**LaFrance, Royce L**
**3801 Inwood Drive**
**Harvey, LA 70058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **872**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,929.38**

**Lambert, Davonte**
**10110 RoseMary Leaf Lane**
**Riverview, FL 33578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1071**

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Laron Scott**
**c/o Pro Athlete Law Group**
**401 B St #2350**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9337;2776**

Basis for the claim: **worker's compensation claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00** |

**Laughinghouse, Tyron**
**1005 Colonial Avenue**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **907**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$735.00** |

**Lauina, Fred**
**POB 1235**
**Pago Pago, AS 96799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1064**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,938.80** |

**Lawrence, Justin**
**7530 Monarch Mills Way, Apt. 404**
**Columbia, MD 21046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **154**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$551.25** |

**Leavitt, Tate**
**14205 Township Road 21**
**Thornville, OH 43076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1077**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |

**Lee, Christopher**
**3185 Trident Lane**
**Woodbridge, VA 22193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1037**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,834.03** |

**Legacy Emmanuel Hospital**
**P.O. Box 4107**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,547.10** |
|---|---|---|---|
| | **Leggett, Maurice**<br>**5770 Vinings Retreat Way SW**<br>**Mableton, GA 30126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **1087** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|
| | **Letuli, Jovann Tasi**<br>**666 King Street**<br>**Akron, OH 44311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **961** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,977.75** |
|---|---|---|---|
| | **Lewis, Cornelius**<br>**2124 Tuskegee Road**<br>**Jacksonville, FL 32209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **186** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,933.25** |
|---|---|---|---|
| | **Lewis, Darrell M**<br>**103 A Merritt Road**<br>**Abbeville, AL 36310** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **556** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,953.50** |
|---|---|---|---|
| | **Lewis, Mark Andrew**<br>**345 White Oak Drive**<br>**Altamonte Springs, FL 32701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **215** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,273.00** |
|---|---|---|---|
| | **Liberty Mutual**<br>**P.O. Box 85307**<br>**San Diego, CA 92186-5307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,588,703.73** |
|---|---|---|---|
| | **Lincoln Holdings LLC**<br>**601 F Street, NW**<br>**Washington, DC 20004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **consulting and support services agreement** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,620.00** |
|---|---|---|---|

**Love, Damian T**
**134 Cantabury Lane**
**Millbrook, AL 36054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **883**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,342.84** |
|---|---|---|---|

**M-2 Productions**
**620 30th Street**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,400.00** |
|---|---|---|---|

**Mackey, Leon**
**79 Ball Farm Way**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **743**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,179.74** |
|---|---|---|---|

**Maclaren, Malcolm Christopher**
**P.O. Box 161057**
**Altamonte Springs, FL 32716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$687.60** |
|---|---|---|---|

**Madison, Colin**
**1S252 Ingersoll Lane**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **196**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,307.50** |
|---|---|---|---|

**Maiava, Lene**
**4181 E. 24th Street**
**Tucson, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **990**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mailfinance.com**
**478 Wheelers Farm Toad**
**Milford, CT 06461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **postage machine**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.255** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$741.38**

**Majoria Drugs**
**1805 Metairie Road**
**Metairie, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,704.10**

**Manley, Phillip-Keith A**
**7555 Black Squirrel**
**Hamilton, OH 45013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **523**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Marcus Trice**
**c/o Pro Athlete Law Group**
**401 B St #2350**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6785**

Basis for the claim: **worker's compensation claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,505.00**

**Martin, Nias**
**663 Eastern Parkway**
**Baltimore, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **859**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,860.00**

**Mason, Miles J**
**1467 W. 48th Street**
**Los Angeles, CA 90062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **543**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00**

**Mathis-Ellis, Jahlil**
**7389 Spoleto Loop**
**Fairburn, GA 30213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1023**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,290.00**

**Mauia, Wesley L.**
**8440 South Las Vegas Boulevard**
**Las Vegas, NV 89123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **326**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.262** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Maurice Purify**
**c/o Madans Law Group**
**1416 Westwood Blvd.**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __worker's compensation claim__

Last 4 digits of account number __5252__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$551.25**

**McCalister, Alex**
**633 Cambridge Farm Court**
**Kernersville, NC 27284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __1084__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,578.50**

**McGinnis, Willie**
**2317 Francis Avenue, Apt: 2317**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __284__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,563.60**

**McNeil III, Douglas**
**6724 Long Longhill Road**
**Gwynn Oak, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __833__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,251.20**

**McNeil, Raymond K**
**8203 Carraige Point Drive**
**Gibsonton, FL 33534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __188__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,037.88**

**Medco Supply Co.**
**P.O. Box 21773**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Mediation Research & Education Project,**
**655 West irving Park Road, Suite 2098**
**Chicago, IL 60613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/14/19__

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.69**
---|---|---|---

**Medicwest Ambulance**
**9 West Delhi**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84.46**

**Mercury Luggage Mfg.**
**4843 Visitor Street**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$746.50**

**Metro West Ambulance Inc.**
**609 NW Coast Street**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,050.00**

**Metz, Jake**
**860 Haldeman Road**
**Lederach, PA 19450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **546**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Milton Wicks**
**17 West 64th Street, Apt: 2A**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,537.05**

**Mitchell D. Bluhm & Associates, LLC**
**2222 Texoma Parkway, Suite 160**
**Sherman, TX 75090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$236.25**

**Moody, Justin**
**142 South Adams Street**
**Petersburg, VA 23803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1091**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,626.40** |
|---|---|---|---|

**Moore, Terence**
**900 Woodburn Drive**
**Columbus, GA 31907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  129**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$254.87** |
|---|---|---|---|

**Moran Rowen & Dorsey**
**P.O. Box 14005**
**Orange, CA 92863**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,700.00** |
|---|---|---|---|

**Morgan, Donovan K**
**2819 Firecrest Drive**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  295**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,940.00** |
|---|---|---|---|

**Morgan, Maurice**
**3151 Ricky Court**
**La Grange, NC 28551**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  950**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,145.00** |
|---|---|---|---|

**Morris, Shane**
**30339 Moulin Avenue**
**Warren, MI 48088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  910**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$928.13** |
|---|---|---|---|

**Morton, Kenny**
**1707 N. Hall Street, Apt: 183**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  688**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$167.75** |
|---|---|---|---|

**MR Connect**
**P.O. Box 14244**
**Lexington, KY 40512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,626.40**
---|---|---|---

**Mudge, Jordan**
**1530 N. Pomerene Road**
**Benson, AZ 85602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **310**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,195.25**

**Muhammed, Brad**
**4034 18th Avenue S.**
**Saint Petersburg, FL 33711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **906**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,653.75**

**Myers, Donald J**
**16244 Neabsco Road**
**Woodbridge, VA 22191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **930**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,949.06**

**Myers, Spencer T**
**103 South Red Maple Street**
**Selinsgrove, PA 17870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **657**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,031.88**

**Nadler, Liam**
**10550 Road C**
**Leipsic, OH 45856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1029**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**National Union Fire Ins. Co. of Pittsbur**
**175 Water Street, 18th Floor**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.21**

**NCH Physician Group**
**801 Anchor Rode Drive, Suite 300**
**Naples, FL 34103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Neal, DeJuan**
**1564 Columbia Beach Road**
**Shady Side, MD 20764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1093**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,906.25** |
|---|---|---|---|

**Nelson, Arvell**
**9604 Yale Avenue**
**Cleveland, OH 44108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  242**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$515.70** |
|---|---|---|---|

**Nemeth, Ernest**
**2659 Nottingham Way, Apt: 2**
**Trenton, NJ 08619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1089**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**New Orleans City Park Improvements Assoc**
**1 Palm Drive**
**New Orleans, LA 70124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,615.00** |
|---|---|---|---|

**Newell, Keith**
**655 Lamberton Street**
**Trenton, NJ 08611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  346**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,485.00** |
|---|---|---|---|

**Neysmith, Lenroy**
**118 Maple Street**
**Meriden, CT 06451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  922**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,626.40** |
|---|---|---|---|

**Nixon, Rory**
**1403 Peabody Drive**
**Hampton, VA 23666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  375**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,626.40 |
|---|---|---|---|

**Norman, Marrio**
**295 Boulder Drive**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **289**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,992.50 |
|---|---|---|---|

**Norris, Eddie C**
**2730 E. Candlestick Court**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **935**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,520.00 |
|---|---|---|---|

**Northington, Kiante**
**2131 Middle Lane**
**Louisville, KY 40216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **937**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,535.00 |
|---|---|---|---|

**Northshore University Health System**
**23056 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,640.12 |
|---|---|---|---|

**NYSIF**
**199 Church Street**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,480.63 |
|---|---|---|---|

**O'Brien, Patrick**
**716 E. Iredell Avenue**
**Mooresville, NC 28115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **967**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,938.80 |
|---|---|---|---|

**Obi, Fredrick O**
**295 Boulder Drive**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **289**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,079.00 |
|---|---|---|---|

**Obi, Kenechukwu**
**5730 E. Candlestick Court**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **935**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Odie D. Armstrong**
**c/o Leviton Diaz & Ginocchip**
**1551 N. Tustin Avenue. #850**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **worker's compensation claim**

Last 4 digits of account number **6969**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,817.50 |
|---|---|---|---|

**Offray, Juwan**
**4718 Citrus Drive**
**New Orleans, LA 70127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **963**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Oklahoma Sports Consultant, LLC**
**3130 Woodward Blvd.**
**Tulsa, OK 74105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/1/19**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|

**Omameh, Sydney**
**5151 Sassareas Road**
**Columbus, OH 43229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **944**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.01 |
|---|---|---|---|

**Omarr Smith**
**43235 W. Wild Horse Trail**
**Maricopa, AZ 85138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $832.00 |
|---|---|---|---|

**One Beat CPR Learning Center, Inc.**
**4350 Oakes Road, Suite 500**
**Fort Lauderdale, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,077.62 |
|---|---|---|---|

**Oracle America, Inc.**
**Bank of America Lockbox Services**
**15612 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  **10/24/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Oracle Netsuite**
**500 Oracle Parkway**
**Redwood City, CA 94065**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **service contract - accounting system**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514.39 |
|---|---|---|---|

**Orchid Medical**
**3449 Momentum Place**
**Chicago, IL 60689**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,670.00 |
|---|---|---|---|

**Outlaw, Lonnie J**
**1107 4th Avenue**
**Rochelle, GA 31079**

Date(s) debt was incurred __

Last 4 digits of account number  **547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,756.25 |
|---|---|---|---|

**Outsey, Jameer**
**61 Brookside Avenue**
**Somerville, NJ 08876**

Date(s) debt was incurred __

Last 4 digits of account number  **1063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,436.00 |
|---|---|---|---|

**P.R.O.S. Corporate Housing LLC**
**11211 N Tatum Blvd Suite 220**
**Phoenix, AZ 85028**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.03 |
|---|---|---|---|

**Pacific Office Automation**
**14747 NW Greenbrier Parkway**
**Beaverton, OR 97006**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.318** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,582.80**

Paciolan
5291 California Avenue, Suite 100
Irvine, CA 92617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$551.25**

Palka, Tyler
10312 Stark Street
Temperance, MI 48182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1085**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,450.00**

Parker, Anthony
15741 NE 15th Street
Miami, FL 33162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **297**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,600.00**

PBS Anethesia
3157 N. Rainbow Blvd., #518
Las Vegas, NV 89108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$227,482.05**

PCG-SDM Holdings, LLC
5646 Milton Street, Suite 895
Dallas, TX 75206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

Peter R. Meyers
360 East Randolph Street, Suite 3104
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/6/19**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,090.00**

Peterson, Craig G
1231 Peaceable Street
Ballston Spa, NY 12020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **561**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,756.25 |
|---|---|---|---|

**Philips, Ervin**
**27 Meadowbrook Court**
**West Haven, CT 06516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1032**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,031.40 |
|---|---|---|---|

**Phillips, Alfred**
**538 N. 2040 East**
**Spanish Fork, UT 84660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **415**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Physical Therapy and Hand Center**
**8080 Bluebonnet Blvd., Suite 110**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,115.00 |
|---|---|---|---|

**Physiotherapy Associates Inc.**
**P.O. Box 636002**
**Littleton, CO 80163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

**Pivot Physical Therapy**
**P.O. Box 1345**
**Westminster, MD 21158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,581.62 |
|---|---|---|---|

**Portland General Electric**
**P.O. Box 4438**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367.50 |
|---|---|---|---|

**Powell, Damond**
**3500 Summercourt Drive**
**Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1070**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Arena Football League LLC** | Case number (if known) | |
| | Name | | |

---

**3.332** | Nonpriority creditor's name and mailing address
**Powell, Joe M**
**2818 Ambler Avenue**
**Portsmouth, VA 23707**

Date(s) debt was incurred __

Last 4 digits of account number __668__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$9,626.40**

---

**3.333** | Nonpriority creditor's name and mailing address
**Prince, Darius Q**
**120 Main Entrance Drive**
**West Mifflin, PA 15122**

Date(s) debt was incurred __

Last 4 digits of account number __826__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$7,219.80**

---

**3.334** | Nonpriority creditor's name and mailing address
**Prodigy Sports, LLC**
**83 South St. Ste. 206**
**Freehold, NJ 07728**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$22,275.00**

---

**3.335** | Nonpriority creditor's name and mailing address
**Professional Sportscare and Rehab**
**P.O. Box 1100**
**Westminster, MD 21158**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,550.00**

---

**3.336** | Nonpriority creditor's name and mailing address
**PROS Housing**
**11211 N Tatum Blvd**
**Suite 220**
**Phoenix, AZ 85028**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unpaid rent__

Is the claim subject to offset? ■ No  ☐ Yes

**$46,224.16**

---

**3.337** | Nonpriority creditor's name and mailing address
**Quarles & Brady LLP**
**Two North Central Avenue**
**Phoenix, AZ 85004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,872.70**

---

**3.338** | Nonpriority creditor's name and mailing address
**Quest Diagnostics**
**12323 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$923.88**

---

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.52** |
|---|---|---|---|

**Quest Records**
**16 Bronze Pointe**
**Belleville, IL 62226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,232.00** |
|---|---|---|---|

**Randy Gatewood**
**947 W. Wendy Way**
**Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,087.50** |
|---|---|---|---|

**Raudabaugh, Daniel D**
**736 Meadowlark Lane**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **157**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$473.51** |
|---|---|---|---|

**Raymond Sterling**
**600 Bartonsville Road**
**Frederick, MD 21704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.61** |
|---|---|---|---|

**Ready Refresh**
**P.O. Box 856192**
**Louisville, KY 40285-6192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,626.40** |
|---|---|---|---|

**Reese, Joshua C**
**2522 NW 88th Street**
**Miami, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **795**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.63** |
|---|---|---|---|

**Regis, Micanor**
**POB 1991**
**Belle Glade, FL 33430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1026**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$255.00** |
|---|---|---|---|

**Rehab Arizona**
**265000 Agoura Road, Suite 102-587**
**Calabasas, CA 91302**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00** |
|---|---|---|---|

**Revis, Paul**
**51999 SE 6th Street**
**Scappoose, OR 97056**

Date(s) debt was incurred _

Last 4 digits of account number **917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,425.00** |
|---|---|---|---|

**Reynolds, Darius**
**1501 Little Glouchester Road, L10**
**Blackwood, NJ 08012**

Date(s) debt was incurred _

Last 4 digits of account number **202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,000.00** |
|---|---|---|---|

**Richard Ranglin**
**c/o Pro Athlete Law Group**
**401 B St #2350**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **labor arbitration award**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,626.40** |
|---|---|---|---|

**Richardson, Jeramie**
**5512 Tribune Way**
**Plano, TX 75094**

Date(s) debt was incurred _

Last 4 digits of account number **276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,629.12** |
|---|---|---|---|

**Riddell/ All American Sports Corp.**
**7501 Performance Lane**
**North Ridgeville, OH 44039**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66.64** |
|---|---|---|---|

**River City Rush Delivery**
**8916 NE Alderwood Road**
**Portland, OR 97220**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor    **Arena Football League LLC**
_____    Case number (if known) _____
Name

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,755.00** |
|---|---|---|---|

**Roberts, Roosevelt**
**101 Ladd Street**
**Enterprise, AL 36330**

Date(s) debt was incurred _

Last 4 digits of account number **983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robin Hammond**
**c/o Rhonda H. Wills - Wills Law Firm**
**1776 Yorktown, Suite 570**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wrongful death suit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,975.00** |
|---|---|---|---|

**Robinson, Jamal**
**1011 Vista Alegre Court**
**Bowie, MD 20721**

Date(s) debt was incurred _

Last 4 digits of account number **1045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$735.00** |
|---|---|---|---|

**Robinson, Tyrell**
**1313 Las Brisas Drive**
**Santee, CA 92071**

Date(s) debt was incurred _

Last 4 digits of account number **995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rodney Fritz**
**c/o Pro Athlete Law Group**
**401 B St #2350**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number **2452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **worker's compensation claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,450.00** |
|---|---|---|---|

**Romain, James**
**106 Beach 59th Street, Apt: 203**
**Arverne, NY 11692**

Date(s) debt was incurred _

Last 4 digits of account number **158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Ron Callan**
**643 3rd Street**
**Lake Oswego, OR 97034**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$687.60** |
|---|---|---|---|

**Rose, Robert**
**5245 Fallston Court**
**Westerville, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **381**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$879.20** |
|---|---|---|---|

**Rosedale Ice Company**
**2700 Annapolis Road**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.63** |
|---|---|---|---|

**Ross, Joel**
**9615 Main Street**
**Damascus, MD 20872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1090**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,188.40** |
|---|---|---|---|

**Ross, Marvin**
**5260 Collins Road, Unit 1405**
**Jacksonville, FL 32244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **679**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$866.25** |
|---|---|---|---|

**Rosser, Darius**
**111 Miller Drive**
**Marion, AR 72364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **919**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$687.60** |
|---|---|---|---|

**Rowley, Kyle**
**17 Highland Avenue**
**Lincoln, RI 02865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **312**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,480.63** |
|---|---|---|---|

**Ruff, Frederick**
**2125 N. 30th Street**
**Philadelphia, PA 19121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **964**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Arena Football League LLC**                          Case number *(if known)* _____

Name

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,626.40** |
|---|---|---|---|

**Ruffins, Moqut**
**1701 San Pablo Road S, Apt 1008**
**Jacksonville, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **103**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,921.50** |
|---|---|---|---|

**Rumph, Donte D**
**3900 City Avenue, Apt: A603**
**Philadelphia, PA 19131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **879**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|

**Russell, Faleaoga**
**4104 Georgia Street**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1030**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,703.75** |
|---|---|---|---|

**Russell, Grant**
**389 Catalina Drive**
**Newark, OH 43055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **941**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Ryan O'Donnell**
**3306 Arch Street, Apt 1F**
**Philadelphia, PA 19104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$551.25** |
|---|---|---|---|

**Sainvil, Vernon**
**317 South Spring Street**
**Geneseo, IL 61254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1080**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Samuel Tupua, Jr.**
**c/o Pro Athlete Law Group**
**401 B St #2350**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **worker's compensation claim**

Last 4 digits of account number **5149**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Arena Football League LLC**
      Name

Case number *(if known)*

| | |
|---|---|
| **3.374** | |

**Nonpriority creditor's name and mailing address**
**Samuels, Kyron**
**205 5th Avenue Northeast**
**Jacksonville, AL 36265**

Date(s) debt was incurred _

Last 4 digits of account number  **862**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,190.00**

---

| | |
|---|---|
| **3.375** | |

**Nonpriority creditor's name and mailing address**
**Santiam PT**
**7201 W. Clearwater Avenue, B101**
**Kennewick, WA 99336**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

| | |
|---|---|
| **3.376** | |

**Nonpriority creditor's name and mailing address**
**Sawyer's Screen Printing and Embroidery**
**10 Hallwood Road**
**Delmar, NY 12054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,407.85**

---

| | |
|---|---|
| **3.377** | |

**Nonpriority creditor's name and mailing address**
**Seither, Nicholas A**
**1911 Vanda Avenue**
**Hamilton, OH 45013**

Date(s) debt was incurred _

Last 4 digits of account number  **747**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,075.00**

---

| | |
|---|---|
| **3.378** | |

**Nonpriority creditor's name and mailing address**
**Select Physical Therapy Holdings**
**P.O. Box 643407**
**Pittsburgh, PA 15264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$740.00**

---

| | |
|---|---|
| **3.379** | |

**Nonpriority creditor's name and mailing address**
**Seneca Insurance Company Inc**
**160 Water Street, 16th Floor**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$971.25**

---

| | |
|---|---|
| **3.380** | |

**Nonpriority creditor's name and mailing address**
**Sesay, Brandon R**
**680 S. Eugenia Place NW**
**Atlanta, GA 30318**

Date(s) debt was incurred _

Last 4 digits of account number  **256**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,375.20**

---

Debtor **Arena Football League LLC**
_____
Name

Case number (if known) _____

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,626.40 |

**Sims, Quentin L**
**445 Pintail Drive**
**Loveland, OH 45140**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number **438**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,890.00 |

**Smith, Jakobi**
**875 Northwest 13th Court, Apt: 316**
**Boca Raton, FL 33486**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1033**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,425.00 |

**Smith, Khreem A**
**8450 Sherman Circle North, #E206**
**Hollywood, FL 33025**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number **670**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $367.50 |

**Smith, Marquis**
**2933 Edgewood Road**
**Bryans Road, MD 20616**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1078**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,876.00 |

**Smith, Terrance R**
**14771 Del Sol Court**
**Chino Hills, CA 91709**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number **182**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,563.60 |

**Smith, Warren**
**249 Birch Lane**
**Forked River, NJ 08731**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number **578**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,100.00 |

**Sonie, Varmah**
**POB 3022**
**Burnsville, MN 55337**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number **313**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
| | Name | | |

| | | | |
|---|---|---|---|
| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,645.00** |
| | **Southwick, Daniel** | ☐ Contingent | |
| | **500 N. 21st Street, Apt: 222** | ☐ Unliquidated | |
| | **Philadelphia, PA 19130** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  416 ** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,950.00** |
| | **Sovereign Rehab of Georgia** | ☐ Contingent | |
| | **1301 Sigman Road NE, suite 220** | ☐ Unliquidated | |
| | **Conyers, GA 30012** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104.40** |
| | **Spectrum Arena, LP** | ☐ Contingent | |
| | **P.O. Box 2424** | ☐ Unliquidated | |
| | **Philadelphia, PA 19147** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,087.50** |
| | **Spencer, Kenneth** | ☐ Contingent | |
| | **1 Chelsea Avenue, Apt: 1-207** | ☐ Unliquidated | |
| | **Long Branch, NJ 07740** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  298 ** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$761.55** |
| | **Spike's Trophies Limited** | ☐ Contingent | |
| | **2701 Grant Avenue** | ☐ Unliquidated | |
| | **Philadelphia, PA 19114** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163.00** |
| | **Sports Medicine Oregan** | ☐ Contingent | |
| | **7300 SW Childs Road, Suite B** | ☐ Unliquidated | |
| | **Portland, OR 97224** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00** |
| | **Sports Recovery Lab, LLC** | ☐ Contingent | |
| | **56 N. Haddon Avenue, Lower Level** | ☐ Unliquidated | |
| | **Haddonfield, NJ 08033** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Arena Football League LLC**                              Case number *(if known)* _____
Name

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,560.00 |

**Sportsplex of Halfmoon, Inc**
**6 Corporate Drive**
**Clifton Park, NY 12065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,890.00 |

**Stack Sports Performance & Therapy**
**1232 Collier Road NW**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,992.57 |

**Stephen B. Goldberg**
**Dispute Resolution Services**
**6555 W. irving Park road, Suite 2098**
**Chicago, IL 60613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/14/19**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,543.75 |

**Stephens, Brandon**
**19348 Bankers House Drive**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **382**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,188.40 |

**Stephens, Demetres**
**11894 Vanport Avenue**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **204**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,378.13 |

**Stephens, Isaiah**
**400 South Dupont Highway, Apt. 100**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1065**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,169.44 |

**Stevens, Tony C**
**4771 Wren Court**
**Charlottesville, VA 22911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **658**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,837.50** |
|---|---|---|---|

**Stevens, Tony L**
**5001 Londonberry Blvd.**
**Orlando, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1062**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,568.75** |
|---|---|---|---|

**Stevenson, Larico**
**1651 Red Banks Road N.**
**Byhalia, MS 38611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **168**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,520.00** |
|---|---|---|---|

**Still, Rashad**
**4317 Loma Diamante Drive**
**El Paso, TX 79934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **972**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.83** |
|---|---|---|---|

**StoneRiver Pharmacy Solutions**
**P.O. Box 17124**
**Memphis, TN 38187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,307.50** |
|---|---|---|---|

**Stoshak, Jenson**
**3314 Hermitage Road East**
**Jacksonville, FL 32277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1031**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,075.00** |
|---|---|---|---|

**Summers, Derrick**
**3218 Haynes Park Drive**
**Lithonia, GA 30038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **138**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400.00** |
|---|---|---|---|

**Summit Anesthesia Consultants**
**1801 W. Olympic Blvd., File 1644**
**Pasadena, CA 91199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$324.04** |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
P.O. Box 409211
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,626.40** |
|---|---|---|---|

**Sykes, Trumaine Joe**
4 St. Francis Lane
Schenectady, NY 12304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **445**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,219.80** |
|---|---|---|---|

**Taylor, Collin**
10260 Otter Place
Carmel, IN 46033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **278**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,750.00** |
|---|---|---|---|

**Taylor, Terrance T**
930 Washington Avenue
Muskegon, MI 49441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **132**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$168.00** |
|---|---|---|---|

**Testan Law**
1801 West Olympic
Pasadena, CA 91199

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/4/19**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$193.88** |
|---|---|---|---|

**Texas Orthopeadic Associates LLP**
8210 Walnut Hill Lane, Suite 1301-LB11
Dallas, TX 75231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$270.56** |
|---|---|---|---|

**The Orthopeadic Clinic Association**
P.O. Box 664014
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Arena Football League LLC**
_____
Name

Case number *(if known)* _____

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,987.50** |
|---|---|---|---|

**The Team Productions**
**503 South Front Street, Suite 250**
**Columbus, OH 43215**

Date(s) debt was incurred  **10/28/19**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,552.00** |
|---|---|---|---|

**Third Street Properties, LTD**
**33 N. Third Street**
**Suite 500**
**Columbus, OH 43215**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **unpaid rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Thomas, Jordan**
**17502 Loring Lane**
**Spring, TX 77388**

Date(s) debt was incurred ___

Last 4 digits of account number  **1046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.40** |
|---|---|---|---|

**Thompkins, Brandon**
**2904 Hamilton Key**
**West Palm Beach, FL 33411**

Date(s) debt was incurred ___

Last 4 digits of account number  **130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$437.50** |
|---|---|---|---|

**Thompkins, Kendal**
**5305 San Antonio Avenue**
**Orlando, FL 32839**

Date(s) debt was incurred ___

Last 4 digits of account number  **357**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,482.75** |
|---|---|---|---|

**Thompson Court Reporters, Inc.**
**1017 W. Washington Blvd., Suite 2F**
**Chicago, IL 60607**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,102.50** |
|---|---|---|---|

**Thompson, Trenton**
**8201 N. Sterling Lake**
**Covington, GA 30014**

Date(s) debt was incurred ___

Last 4 digits of account number  **1056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$440.91** |
|---|---|---|---|

**TIAA Commerical Finance, Inc.**
**P.O. Box 911608**
**Denver, CO 80291**

Date(s) debt was incurred __11/4/19__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Ticketmaster**
**14643 Collection Center Frive**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,572.50** |
|---|---|---|---|

**Tiller, Aaron**
**974 Jefferson Chase Way**
**Blacklick, OH 43004**

Date(s) debt was incurred __

Last 4 digits of account number __997__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tim Cheatwood**
**c/o Leviton, Diaz & Ginocchio**
**1551 N. Tustin Avenue, Suite 850**
**Santa Ana, CA 92705**

Date(s) debt was incurred __

Last 4 digits of account number __2931__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __worker's compensation claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,450.00** |
|---|---|---|---|

**Tivis, Neal**
**521 E. Windsor Drive, Apt: 101**
**Denton, TX 76209**

Date(s) debt was incurred __

Last 4 digits of account number __161__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$270.56** |
|---|---|---|---|

**Total Orthopedics**
**4700S. Wadsworth Blvd.**
**Littleton, CO 80123**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,002.41** |
|---|---|---|---|

**Total Turf Experience**
**614 Lambs Road**
**Pitman, NJ 08071**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.430** Nonpriority creditor's name and mailing address
**Trail, Lynden**
**3820 Headwind Lane**
**Portsmouth, VA 23703**

Date(s) debt was incurred _
Last 4 digits of account number **1003**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,307.50**

---

**3.431** Nonpriority creditor's name and mailing address
**Travelers**
**Dept. 12787**
**P.O. Box 660333**
**Dallas, TX 75266**

Date(s) debt was incurred **10/14/19**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$320,702.28**

---

**3.432** Nonpriority creditor's name and mailing address
**Trevino, Adrian K**
**2092 Lynnemarie Drive**
**Merced, CA 95341**

Date(s) debt was incurred _
Last 4 digits of account number **587**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,626.40**

---

**3.433** Nonpriority creditor's name and mailing address
**TRG, LLC**
**P.O. Box 25180**
**Portland, OR 97298**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$744.71**

---

**3.434** Nonpriority creditor's name and mailing address
**Tribue, Wayne**
**2730 coldspring Road**
**York, PA 17404**

Date(s) debt was incurred _
Last 4 digits of account number **352**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,750.40**

---

**3.435** Nonpriority creditor's name and mailing address
**Trifecta Sports and Entertainment LLC**
**201 Laurel Road, 7th Floor**
**Voorhees, NJ 08043**

Date(s) debt was incurred **various dates**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Promissory Notes**

Is the claim subject to offset? ■ No ☐ Yes

**$5,535,460.19**

---

**3.436** Nonpriority creditor's name and mailing address
**Tufunga, Siosifa V**
**3592 Ganador Court**
**Riverside, CA 92503**

Date(s) debt was incurred _
Last 4 digits of account number **817**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,855.63**

---

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,021.30 |
|---|---|---|---|

**Tulane University Hospital and Clinic**
P.O. Box 402872
Atlanta, GA 30384

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187.00 |
|---|---|---|---|

**Tulane University Medical Group**
P.O. Box 54431
New Orleans, LA 70154

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**UC Health**
P.O. Box 630911
Cincinnati, OH 45263

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.00 |
|---|---|---|---|

**UCLA Health Physician Services**
P.O. Box 748156
Los Angeles, CA 90074

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $761.25 |
|---|---|---|---|

**Uitalia, Kasimili**
1444 300th Avenue
Lengby, MN 56651

Date(s) debt was incurred __

Last 4 digits of account number **968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.60 |
|---|---|---|---|

**United Concordia**
P.O. Box 827377
Philadelphia, PA 19182

Date(s) debt was incurred **11/13/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,441.62 |
|---|---|---|---|

**United Healthcare**
Springfield Service Center
P.O. Box 30555
Salt Lake City, UT 84130

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Arena Football League LLC**

Case number (if known) _____

Name

| | |
|---|---|
| 3.444 | **Nonpriority creditor's name and mailing address** |

**3.444**

**Nonpriority creditor's name and mailing address**

**University of Cincinnati Physicians, LLC**
P.O. Box 630861
Cincinnati, OH 45263

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$88.05**

---

**3.445**

**Nonpriority creditor's name and mailing address**

**Unum**
2211 Congress Street
Portland, ME 04122

Date(s) debt was incurred  11/1/19

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$486.86**

---

**3.446**

**Nonpriority creditor's name and mailing address**

**Upside Collective**
80 State Street, 2nd Floor
Albany, NY 12207

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,400.00**

---

**3.447**

**Nonpriority creditor's name and mailing address**

**Vanguard**
c/o Ascensus
P.O. Box 28067
New York, NY 10087

Date(s) debt was incurred  10/28/19

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.448**

**Nonpriority creditor's name and mailing address**

**Veritext Midwest**
P.O. Box 71303
Chicago, IL 60694

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,114.17**

---

**3.449**

**Nonpriority creditor's name and mailing address**

**Veritext, LLC**
P.O. Box 71303
Chicago, IL 60694

Date(s) debt was incurred  10/16/19

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.450**

**Nonpriority creditor's name and mailing address**

**Victorian, Josh J**
305 Turtle Creek
Saint Rose, LA 70087

Date(s) debt was incurred __

Last 4 digits of account number  626

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,938.80**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Arena Football League LLC**
_____         Case number *(if known)* _____
Name

| | |
|---|---|
| 3.451 | **Nonpriority creditor's name and mailing address** |

**3.451**

**Nonpriority creditor's name and mailing address**
**Virgil Gray**
**c/o Tim English**
**3150 Almeden Expressway, #147**
**San Jose, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number  **9956**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **worker's compensation claim**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.452**

**Nonpriority creditor's name and mailing address**
**Virtua Center for Surgery**
**P.O. Box 95000-4265**
**Philadelphia, PA 19195**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$9,622.50**

---

**3.453**

**Nonpriority creditor's name and mailing address**
**Virtua West Jersey**
**P.O. Box 85008032**
**Philadelphia, PA 19178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$5,367.00**

---

**3.454**

**Nonpriority creditor's name and mailing address**
**Vogel, Jacob**
**12 Deire Drive**
**Sparta, NJ 07871**

Date(s) debt was incurred _

Last 4 digits of account number  **1079**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$275.63**

---

**3.455**

**Nonpriority creditor's name and mailing address**
**VoiceGalaxy Productions**
**395 Houghton Road**
**Northfield, OH 44067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$350.00**

---

**3.456**

**Nonpriority creditor's name and mailing address**
**Voiceplus**
**6625 S. Valley View Blvd., #416**
**Las Vegas, NV 89118**

Date(s) debt was incurred  **11/1/19**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$151.20**

---

**3.457**

**Nonpriority creditor's name and mailing address**
**Voorhees Fire District**
**423 Cooper Road**
**Voorhees, NJ 08043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$125.00**

---

| Debtor | **Arena Football League LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,482.50** |
|---|---|---|---|

**Warren, Jeremiah E**
**1401 Magnolia Avenue**
**Panama City, FL 32401**

Date(s) debt was incurred _

Last 4 digits of account number **780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,531.25** |
|---|---|---|---|

**Wascha, Aaron P**
**9016 Hatt Road**
**Linden, MI 48451**

Date(s) debt was incurred _

Last 4 digits of account number **798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$735.00** |
|---|---|---|---|

**Weathers, Caylon**
**7255 Germantown Trail**
**Memphis, TN 38125**

Date(s) debt was incurred _

Last 4 digits of account number **988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.63** |
|---|---|---|---|

**Weaver, Michael-Anthony**
**106 Evergreen Avenue**
**Elmira, NY 14905**

Date(s) debt was incurred _

Last 4 digits of account number **1053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$365,373.19** |
|---|---|---|---|

**Weil, Gotshal & Manages LLP**
**767 Fifth Avenue**
**New York, NY 10153**

Date(s) debt was incurred **4/25/2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,102.50** |
|---|---|---|---|

**Wheelwright, Robert**
**5598 Worcester Drive**
**Columbus, OH 43232**

Date(s) debt was incurred _

Last 4 digits of account number **942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$367.50** |
|---|---|---|---|

**White, Lorenzo**
**2816 Northwest 15th Court**
**Fort Lauderdale, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number **1088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Arena Football League LLC**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.465 | | |

**3.465**

Nonpriority creditor's name and mailing address
**Wiggins, Gavin**
**550 Monastery Avenue**
**Philadelphia, PA 19128**

Date(s) debt was incurred _

Last 4 digits of account number  **1068**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$498.75**

---

**3.466**

Nonpriority creditor's name and mailing address
**Williams, Jordan**
**5370 Armor Duells Road**
**Orchard Park, NY 14127**

Date(s) debt was incurred _

Last 4 digits of account number  **838**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,703.75**

---

**3.467**

Nonpriority creditor's name and mailing address
**Williams, Milton D**
**4920 Fort Totten Drive, Apt: 31**
**Washington, DC 20011**

Date(s) debt was incurred _

Last 4 digits of account number  **811**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,626.40**

---

**3.468**

Nonpriority creditor's name and mailing address
**Wilson High School**
**1151 SW Vermont**
**Portland, OR 97219**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.469**

Nonpriority creditor's name and mailing address
**Wilson, Reggie**
**5112 Roxie Street**
**Haltom City, TX 76117**

Date(s) debt was incurred _

Last 4 digits of account number  **706**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,396.25**

---

**3.470**

Nonpriority creditor's name and mailing address
**Windsor, Rodrikus**
**1320 N. McQueen Road, Apt: 2011**
**Chandler, AZ 85225**

Date(s) debt was incurred _

Last 4 digits of account number  **102**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,062.80**

---

**3.471**

Nonpriority creditor's name and mailing address
**Windy Hill Hospital**
**P.O. Box 406173**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,773.00**

---

| Debtor | **Arena Football League LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.11 |
|---|---|---|---|

**Worldwide Express**
**610 Warrendale Road**
**Gibsonia, PA 15044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,793.64 |
|---|---|---|---|

**Xfinity**
**P.O. Box 34744**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Xtreme Physical Therapy**
**3300 Hehrman Place**
**New Orleans, LA 70114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,390.36 |
|---|---|---|---|

**Yes Energy Management; CTL Management**
**16300 Estuary Drive**
**Beaverton, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,169.45 |
|---|---|---|---|

**Young, Curtis D**
**681 E. 113th Street**
**Cleveland, OH 44108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __277__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $735.00 |
|---|---|---|---|

**Young, Domonique**
**9333 Crenshaw Blvd.**
**Cleveland, OH 44108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __943__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,520.00 |
|---|---|---|---|

**Young, Kenric**
**4151 NW 43rd Street**
**Gainesville, FL 32606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __914__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

Debtor   **Arena Football League LLC**
_____
         Name

Case number (if known) _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AIG Property Casualty, Inc.**<br>**175 Water Street, 15th Floor**<br>**Attn: Jason R. Goldy, Associate GC**<br>**New York, NY 10038** | Line __3.13__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Pro Athlete Law Group**<br>**401 B St #2350**<br>**San Diego, CA 92101** | Line __3.391__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Pro Athlete Law Group**<br>**401 B St #2350**<br>**San Diego, CA 92101** | Line __3.399__<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 299.16 |
| **5b. Total claims from Part 2** | 5b. + | $ 17,222,388.77 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 17,222,687.93 |

**Fill in this information to identify the case:**

Debtor name        **Arena Football League LLC**

United States Bankruptcy Court for the:    **DISTRICT OF DELAWARE**

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
| | State the term remaining | **Ending on 08/31/2021** | **Adirondack Technical Solutions, LLC** |
| | List the contract number of any government contract | | **5457 State Route 40** **Argyle, NY 12809** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **ADP Workforce Now Comprehensive Services / Master Services Agreement** | |
| | State the term remaining | | **ADP, LLC** |
| | List the contract number of any government contract | | **One ADP Blvd.** **Roseland, NJ 07068** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
| | State the term remaining | **Ending on 08/31/2020** | **Albany Advanced Imaging** |
| | List the contract number of any government contract | | **3 Atrium Drive** **Albany, NY 12205** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
| | State the term remaining | **Ending on 12/31/2021** | **Ancero, LLC** |
| | List the contract number of any government contract | | **1001 Briggs Road, Ste. 220** **Mount Laurel, NJ 08054** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Arena Football League LLC**                                    Case number *(if known)*
     First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease for premises consisting of a portion of the seventh floor of Four Echelon Plaza, 201 Laurel Road, Voorhees, NJ** | |
|---|---|---|---|
| | State the term remaining | | **Arden Echelon Partners, LLC c/o The Arden Group, Inc. 1600 Market St., Ste. 2600 Philadelphia, PA 19103** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | **Ending on 12/31/2020** | **Autumn Ridge Apartments 1501 Little Gloucester Road Blackwood, NJ 08062** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | **Ending on 08/31/2020** | **Capital District Physicians' Health Plan 500 Patroon Creek Blvd. Albany, NY 12206** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **The use and operation of an arena football league franchise team at Jim Whelan Boardwalk Hall** | |
|---|---|---|---|
| | State the term remaining | **Three years from January 31, 2019** | **Casino Reinvestment Dev. Authority** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | **Ending on 08/31/2020** | **Center for Family Practice 8 Century Hill Drive Albany, NY 12211** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | **Clifton Park Podiatry 1673 Route 9 Clifton Park, NY 12065** |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Arena Football League LLC**                                    Case number *(if known)* _____
                First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| State the term remaining | Ending on 08/31/2020 | |
|---|---|---|
| List the contract number of any government contract | _____ | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Arena License Agreement** | |
|---|---|---|---|
| | State the term remaining | Ending on 02/03/2022 | **D.C. Arena L.P.** |
| | List the contract number of any government contract | _____ | **601 F Street NW** |
| | | | **Washington, DC 20004** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | Ending on 12/31/2020 | **Dance! By Debra DiNote** |
| | List the contract number of any government contract | _____ | **208 E. Holly Ave.** |
| | | | **Sewell, NJ 08080** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | Ending on 08/31/2020 | **Druthers Brewing Company** |
| | List the contract number of any government contract | _____ | **381 Broadway** |
| | | | **Saratoga Springs, NY 12866** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising / Sponsorship** | |
|---|---|---|---|
| | State the term remaining | Ending on 09/30/2022 | **Franklin Group** |
| | List the contract number of any government contract | _____ | **1856 Flatbush Avenue** |
| | | | **Brooklyn, NY 11210** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Agreement regarding sponsorship** | |
|---|---|---|---|
| | State the term remaining | Ending on 08/30/2020 | **Germain Auto Group** |
| | List the contract number of any government contract | _____ | |

Debtor 1  **Arena Football League LLC**

First Name        Middle Name        Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | **Ending on 08/01/2020** | |
| | List the contract number of any government contract | | **Hoffman's Exterminating Co. Inc.** **532 Bridgeton Pike (Route 45)** **Mantua, NJ 08051** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | **Ending on 08/31/2020** | |
| | List the contract number of any government contract | | **Infinity Hair Salon & Spa** **1223 Fort Hunter Road** **Schenectady, NY 12303** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | **Ending on 08/31/2022** | |
| | List the contract number of any government contract | | **KDI** **200 Rocoosin Dr., Ste. 101-103** **Aston, PA 19104** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Product Lease and Postage Meter Rental Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **MailFinance, a Neopost USA Company** **478 Wheelers Farm Road** **Milford, CT 06461** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | **Ended on 03/31/2019** | |
| | List the contract number of any government contract | | **MJ Pelkey Pavement Maintenance** **14 Willowbrook Lane** **Cohoes, NY 12047** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | **Ending on 08/31/2022** | |
| | List the contract number of any | | **Morgan Linen Service** **145 Broadway** **Albany, NY 12204** |

Debtor 1    **Arena Football League LLC**                                        Case number *(if known)*
　　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | **Ending on 08/31/2020** | **NYS Office of Parks, Rec.&Historic Pres.** |
| | List the contract number of any government contract | | **625 Broadway** **Albany, NY 12207** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | **Ending on 10/09/2021** | **Optimal Health Chiro. & Physical Therapy** |
| | List the contract number of any government contract | | **6106 Black Horse Pike, Unit A3** **Egg Harbor Township, NJ 08234** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Oracle America, Inc.** |
| | List the contract number of any government contract | | **500 Oracle Parkway** **Redwood City, CA 94065** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | **Ending on 08/31/2020** | **OrthoNY, LLP** |
| | List the contract number of any government contract | | **121 Everett Road** **Albany, NY 12205** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | **Ending on 08/31/2020** | **Pepsi Co.** |
| | List the contract number of any government contract | | **1 Pepsi Cola Drive** **Albany, NY 12210** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | **Pioneer Bank** **652 Albany-Shaker Road** **Albany, NY 12211** |
|---|---|---|---|

Debtor 1    **Arena Football League LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Ending on 08/31/2020** |  |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Sports Medicine Services and Team Sponsorship Agreement** |  |
|---|---|---|---|
|  | State the term remaining | **Ending on 01/12/2023** | **Reconstructive Orthopedics, P.A.** |
|  | List the contract number of any government contract | | **4A Eves Dr., Ste. 100** |
|  |  |  | **Marlton, NJ 08053** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** |  |
|---|---|---|---|
|  | State the term remaining | **Ending on 12/31/2020** | **Renewal by Anderson** |
|  | List the contract number of any government contract | | **761 5th Ave., #3** |
|  |  |  | **King of Prussia, PA 19406** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** |  |
|---|---|---|---|
|  | State the term remaining | **Ending on 08/31/2020** | **Repeat Business Systems, Inc.** |
|  | List the contract number of any government contract | | **4 Fritz Blvd.** |
|  |  |  | **Albany, NY 12211** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Use License Agreement** |  |
|---|---|---|---|
|  | State the term remaining | | **SMG** |
|  | List the contract number of any government contract | | **300 Four Falls Corporate Center** |
|  |  |  | **300 Conshohocken State Rd., Ste. 450** |
|  |  |  | **Conshohocken, PA 19428** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** |  |
|---|---|---|---|
|  | State the term remaining | **Ending on 08/31/2020** | **Solomon Apartments Management** |
|  | List the contract number of any government contract | | **92 River Road** |
|  |  |  | **Summit, NJ 07901** |

Debtor 1    __Arena Football League LLC_____    Case number *(if known)* _____
   First Name  Middle Name   Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | **2020 Arena Football season** | **Spectrum Arena Limited Partnership** |
| | List the contract number of any government contract | | **3601 South Broad Street** **Philadelphia, PA 19148** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | **Ending on 08/31/2020** | **TechEast Fire & Water Restoration** |
| | List the contract number of any government contract | | **28 Emerick Lane** **Albany, NY 12211** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Sports Medicine and Sponsored Publicity Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Ending 12/31/2019** | **The Ohio State University** **on behalf of its Wexner Medical Center** |
| | List the contract number of any government contract | | **2835 Fred Taylor Drive, Ste. 2229** **Columbus, OH 43202** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Property Lease at Suite 300, 33 North Third Street, Columbus, OH** | |
|---|---|---|---|
| | State the term remaining | **Ending 02/28/2022** | **Third Street Properties, Ltd.** |
| | List the contract number of any government contract | | **33 North Third Street, Ste. 500** **Columbus, OH 43215** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Lease regarding certain portions within Building One and, to the extent applicable, Building Two of the Sports Complex** | |
|---|---|---|---|
| | State the term remaining | **Ending on 01/12/2023** | **Total Turf Experience, LLC** |
| | List the contract number of any government contract | | **614 Lambs Road** **Pitman, NJ 08071** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising and Sponsorship** | |
|---|---|---|---|
| | State the term remaining | **Ending on 08/31/2020** | **Transfinder** **440 State Street** **Schenectady, NY 12305** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1    **Arena Football League LLC**
     First Name       Middle Name       Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Convertible promissory note purchase agreement dated 4/26/2019** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Trifecta Sports and Entertainment LLC**<br>**201 Laurel Road, 7th Floor**<br>**Voorhees, NJ 08043** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **401K Plan/Recordkeeping Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Vanguard / Ascensus, LLC**<br>**200 Dryden Road**<br>**Dresher, PA 19025** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider and Sponsor of certain medical services** | |
|---|---|---|---|
| | State the term remaining | **Ending on 10/30/2023** | |
| | List the contract number of any government contract | | **Virtua Health, Inc.**<br>**302 Lippincott Dr., 2nd Fl.**<br>**Marlton, NJ 08053** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Arena Football League LLC**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City     State     Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City     State     Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City     State     Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City     State     Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Arena Football League LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | **$8,245,888.58** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$13,089,143.26** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$10,720,380.21** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | **Trademark royalty** | **$45,000.00** |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Arena Football League LLC**                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Conner Strong & Buckelew** 401 NJ-73 #300 Marlton, NJ 08053 | 8/7/19 ($15,749); 8/29/19 ($17,470); 10/22/19 ($13,755.93) | $46,974.93 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.2. **Travelers** 485 Lexington Ave. New York, NY 10017 | 8/8/19 ($7,356.28); 8/21/19 ($69,695.35); 9/9/19 ($7,356.28);1 0/8/19 ($7,356.28) | $91,764.19 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.3. **AFLPU** 6300 Powers Ferry Road Atlanta, GA 30339 | 8/12/19 ($10,652); 9/6/19 ($42,000); 9/30/19 ($7,332.62) | $59,984.62 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.4. **Key Benefit Administrators** 8330 Allison Pointe Trail Indianapolis, IN 46250 | 8/14/19 ($28,439.18); 8/21/19 ($60887.26) | $89,326.44 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.5. **Cleveland Sports Marketing LLC** | 8/15/19 ($6,667); 9/15/19 ($6,667); 10/10/19 ($6,667) | $20,001.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.6. **New York State Insurance Fund (NYSIF)** 199 Church St New York, NY 10007 | 8/15/19 ($92,990.89); 8/15/19 ($39,640.12); 9/6/19 ($39,670.12); 9/17/19 ($92,990.89); 10/16/19 ($92,990.89) | $358,282.91 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other___ |
| 3.7. **Ohio Bureau of Worker's Compensation** 30 W. Spring St. Columbus, OH 43215 | 8/21/19 ($9.170.92); 8/30/19 ($117,463); 9/19/19 ($9,170.92); 10/10/19 ($9,170.92) | $144,975.76 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other___ |

Debtor    **Arena Football League LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Neff Associates Inc.** 13 S 3rd St Philadelphia, PA 19106 | 8/21/19 ($10,212); 9/12/19 ($20,212); 10/1/19 ($20,212) | $50,636.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.9. **Independence Blue Cross** 1901 Market St Philadelphia, PA 19103 | 8/21/19 ($13,645.25); 9/16/19 ($14,161.84); 10/24/19 ($13,755.93) | $41,563.02 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.10. **ADP** 1 Adp Blvd Roseland, NJ 07068 | 8/21/19 ($14,135.71); 9/26/19 ($15,036.07) | $29,171.78 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.11. **DC Arena LP** 601 F St Nw Washington, DC 20004 | | $984,801.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.12. **American Express** P.O. Box 981535 El Paso, TX 79998 | 8/9/19 ($53,121.38); 8/27/19 ($14,473.05); 8/31/19 ($43,188.17); 10/1/19 ($7,139.45); 10/7/19 ($21,114.40) | $139,036.45 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.13. **SWIF** 100 Lackawanna Ave # 300 Scranton, PA 18503 | 9/4/19 ($12,337); 9/17/19 ($12,337); 10/10/19 ($12,337) | $37,011.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.14. **Viewlift** | 9/5/19 ($21,000); 10/1/19 ($16,000); 10/11/19 ($16,000) | $53,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Arena Football League LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.15. **Paciolan**<br>5291 California Avenue, Suite 100<br>Irvine, CA 92617 | 9/5/19<br>($8,210.68);<br>9/16/19<br>($24,053.65);<br>10/11/19<br>($10,198.72) | $42,463.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.16. **Adelson Mclean, APC**<br>895 Dove Street, Suite 300<br>Newport Beach, CA 92660 | 10/11/19 | $8,417.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. **The Arden Group, Inc.**<br>201 Laurel Road<br>Voorhees, NJ 08043 | 8/8/19 | $10,160.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **Townsquare Media of Albany**<br>1241 Kings Rd<br>Schenectady, NY 12303 | 8/12/19<br>($20,000);<br>9/16/19<br>($12,150); | $32,150.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. **Upside Collective**<br>80 State St 2nd Floor<br>Albany, NY 12207 | 8/21/19 | $6,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. **Blue Heron Golf** | 8/21/19 | $6,984.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. **Delaware Express Shuttle and Tours**<br>2825 Ogletown Rd<br>Newark, DE 19713 | 8/21/19<br>($7,192);<br>9/16/19<br>($8,983) | $16,175.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. **Premiere Transportation**<br>30 Lanford Rd<br>New Castle, DE 19720 | 8/21/19 | $9,765.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Arena Football League LLC**                                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.23. **Sawyer's Screen Printing and Embroidery**<br>10 Hallwood Road<br>Delmar, NY 12054 | 8/21/19 | $10,670.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.24. **American Concert and Ent. Svcs, Inc.**<br>17 Monroe St<br>Troy, NY 12180 | 8/21/19 | $12,096.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.25. **Hilton Garden Inn** | 8/21/19 | $12,861.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.26. **Autumn Ridge Apartments**<br>1501 Little Gloucester Rd<br>Blackwood, NJ 08012 | 8/21/19<br>($17,316.57);<br>9/16/19<br>($14,706) | $32,022.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.27. **Camelot** | 8/21/19 | $46,142.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.28. **Sheraton Airport** | 8/22/19 | $10,304.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.29. **Aetna** | 9/1/19<br>($22,640.37);<br>10/1/19<br>($16,958.20);<br>11/1/19<br>($18,947.18) | $58,545.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.30. **Afrim's Sports** | 9/3/19 | $7,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **Arena Football League LLC**                                Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.31. **WNYT-TV** | 9/3/19 | $15,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.32. **Pro Towels** | 9/3/19 | $17,242.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.33. **Virtua West Jersey** | 9/16/19 ($6,786); 9/16/19 ($15,521) | $22,307.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.34. **Total Turf Experience** 614 Lambs Road Pitman, NJ 08071 | 9/16/19 | $10,876.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.35. **Vantage Surgery Center** 350 Young Ave Moorestown, NJ 08057 | 9/16/19 | $11,616.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.36. **The Daily Gazette Co., Inc.** 2345 Maxon Rd Extension Schenectady, NY 12308 | 9/16/19 | $12,756.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. **Pamal Broadcasting** | 9/16/19 | $14,845.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.38. **Big Game USA** 13835 Welch Road Dallas, TX 75244 | 9/16/19 | $18,463.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Arena Football League LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.39. **Total Traffic Network** | 9/16/19 | $19,110.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.40. **Santore's Fireworks**<br>**846 Stillwater Bridge Rd,**<br>**Schaghticoke, NY 12154** | 9/16/19 | $26,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.41. **Camelot** | 9/16/19 | $29,974.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.42. **New Jersey Education Association**<br>**180 West State Street, Box 1211**<br>**Trenton, NJ 08607** | 10/16/19 | $12,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.43. **Albany Times Union**<br>**Box 15000, News Plaza**<br>**Albany, NY 12212** | 9/16/19 | $9,613.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.44. **Longport Media LLC**<br>**1601 New Rd**<br>**Linwood, NJ 08221** | 9/3/19 | $9,990.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.45. **Comcast Spotlight** | 8/21/19 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.46. **Academy Bus LLC**<br>**6 Western Dr**<br>**Mount Holly, NJ 08060** | 9/16/19 | $10,724.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Arena Football League LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.47. **Turf Nation Inc.**<br>3525 Old Dixie Hwy SE<br>Dalton, GA 30721 | 9/16/19 | $11,788.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.48. **Spike's Trophies Limited**<br>2701 Grant Avenue<br>Philadelphia, PA 19114 | 8/21/19 | $21,623.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.49. **Townsquare Media Atlantic City**<br>950 Tilton Rd #200<br>Northfield, NJ 08225 | 9/3/19 | $30,145.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.50. **Enterprise** | 8/21/19 | $34,958.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.51. **Reconstructive Orthopedics** | 8/21/19 | $52,458.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.52. **Duane Morris LLP**<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | 11/27/19<br>(Payment made with third party funds, not funds of the Debtor) | $13,904.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Arena Football League LLC | Case number *(if known)* | |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |

| Part 3: | Legal Actions or Assignments |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Jerome Raymond v. AFL<br>19-1423 | unpaid wage action | District Court, DC | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Robin Hammond v. AFL<br>19STCV05943 | wrongful death action | Los Angeles Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | National Union Fire Ins. Co. of Pittsburgh, PA v. AFL<br>656055/2019 | Suit related to worker's compensation insurance policy | NY Supreme Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Anthony Herron v. AFL<br>2018L014006 | breach of contract | Cook County Circuit Court, Illinois | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Richard Ranglin v. AFL<br>18-cv-04256 | labor arbitration award | Northern District Illinois | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **9** |

Debtor    **Arena Football League LLC**                                          Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Audible for Autism** | **6/10 game ticket and jersey auction** | **6/18/18** | **$5,790.00** |
| | **Recipients relationship to debtor** | | | |
| 9.2. | **Team RWB** | **bootcamp $465/Support packs $2500** | **6/26/18; 7/25/18** | **$5,925.00** |
| | **Recipients relationship to debtor** | | | |
| 9.3. | **Veteran Tickets Foundation** | **game tickets** | **4/30/18-4/30/19 various dates** | **$26,834.50** |
| | **Recipients relationship to debtor** | | | |
| 9.4. | **Veteran Tickets Foundation** | **military jersey auction** | **6/30/18; 6/18/19** | **$8,572.00** |
| | **Recipients relationship to debtor** | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Arena Football League LLC**                                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Duane Morris LLP** **30 South 17th Street** **Philadelphia, PA 19103-4196** | **Retainer/Attorney Fees/Filing Fee** | **11/24/2019** | **$65,000.00** |
| | Email or website address **MLastowski@duanemorris.com** | | | |
| | Who made the payment, if not debtor? **The payment was made by the two Members of Arena Football League, LLC: Anacostia Sports, LLC ($32,500.00) and Trifecta Sports and Entertainment LLC ($32,500.00)** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **8925 W. Post Road, Suite 105** **Las Vegas, NV 89148** | **9/2016 - 10/2019** |
| 14.2. | **8945 W. Post Road, #210** **Las Vegas, NV 89148** | **2/2016-8/2016** |

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Arena Football League LLC**                                    Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**credit card information, billing information (name, address, phone, email), bank account information, tax id**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **AFL 401(k) Retirement Plan** | EIN:  **611603730** |

Has the plan been terminated?
☑ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    __Arena Football League LLC_____    Case number *(if known)* _____

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Spaceworks Self Storage**<br>**2 Myers Drive**<br>**Mullica Hill, NJ 08062** | n/a | misc. afl memorabilia, game tapes, media guides, pictures, dated computer and office equipment and more. Value unknown. | ☐ No<br>■ Yes |
| **Argosy Management Group**<br>**7905 Browning Road, suite 112**<br>**Merchantville, NJ 08109** | n/a | **Philadelphia Soul field system including playing field, padding, field goal posts and nets.  All items fully depreciated** | ☐ No<br>■ Yes |
| **Times Union Center**<br>**51 South Pearl Street**<br>**Albany, NY 12207** | n/a | **Albany Empire firled system including playing field, field goal posts, padding, and nets** | ☐ No<br>■ Yes |
| **Jim Whelan Historic Boardwalk Hall**<br>**2301 Boardwalk**<br>**Atlantic City, NJ 08401** | n/a | **AC Blackjacks: Field system including playing field, padding, field goal posts and nets** | ☐ No<br>■ Yes |
| **Royal Farms Arena**<br>**201 W. Baltimore Street**<br>**Baltimore, MD 21201** | **Royal Farms Arena controlled** | **Baltimore Brigade: Field system including playing field, padding, field goal posts and nets** | ☐ No<br>■ Yes |
| **Washington Valor**<br>**3905 Penn Belt Place**<br>**District Heights, MD 20747** | **MSE controlled offsite storage** | **Washington Valor: Field system including playing field, padding, field goal posts and nets** | ☐ No<br>■ Yes |
| **Athletic Performance Inc.**<br>**740 MD Route 3 South**<br>**Gambrills, MD 21054** | **POD is AFL controlled by on API property** | **First aid/medical supplies** | ☐ No<br>■ Yes |
| **Capital One Arena**<br>**601 F. Street NW**<br>**Washington, DC 20004** | **MSE controlled** | **Washington Valor equipment** | ☐ No<br>■ Yes |
| **Storage Site**<br>**3670 Wheeler Avenue**<br>**Alexandria, VA 22304** | **Third party controlled offsite storage** | **equipment** | ☐ No<br>■ Yes |
| **Edge Training Academy**<br>**112 Log Canoe Circle**<br>**Stevensville, MD 21666** | **Edge Training Academy controlled** | **equipment/offices** | ☐ No<br>■ Yes |
| **Edge Training Academy**<br>**325 Log Canoe Circle**<br>**Stevensville, MD 21666** | **AFL controlled - located on Edge Training Academy property** | **trailer** | ☐ No<br>■ Yes |
| **Columbus Field System Storage Location**<br>**3410 East 5th Avenue**<br>**Columbus, OH 43219** | n/a | **Columbus Destroyers Field System** | ☐ No<br>■ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   __Arena Football League LLC__                        Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Speedway Storage Facility**<br>**3304 East Broad Street**<br>**Columbus, OH 43210-3000** | n/a | **Columbus Destroyers property: all dasher pads, 6 skids of dasher boards (both endzones), 8 trunks of field goal rigging equipment, 2 sets of first down markers, unused field goal nets, approx. 1000 group t-shirts, white uniform pants, black uniform pants, practice jerseys, tripod and extension cords, 5 helmet visors, 3 coaches headsets, 3 portable tv stands, 2 press conference backdrops, floor pads that cover exposed concrete (cut to fit nationwide), 28 portable lockers** | ☐ No<br>■ Yes |
| **Bo Jackson Facility**<br>**4696 Cosgray Road**<br>**Hilliard, OH 43026** | n/a | **3 tv's, 2 20 yard inflatable walls, 2 blowers, 1 video camera, 1 pole for video camera** | ☐ No<br>■ Yes |
| unknown location | unknown | **Monumental Sports Items in Storage:**<br><br>**MSE Current Storage**<br>**Pallet Count**<br>**Valor t-shirts      2**<br>**Valor Coasters     1**<br>**Valor Flags      1**<br>**Brigade t-shirts      3**<br>**Brigade Jerseys     1**<br>**Valor Jerseys      1**<br>**Valor Inflatables     2** | ☐ No<br>■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

| Debtor | Arena Football League LLC | Case number *(if known)* |
|---|---|---|

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Araxie Grant** **10417 White Princess Avenue** **Las Vegas, NV 89166** | **11/15/2018** |
| 26a.2. | **Candice Hall** **1731 E. Hudson Bay** **Palatine, IL 60074** | **10/11/2019** |
| 26a.3. | **Antwine Lowery** **918 E. Durham Street** **Philadelphia, PA 19150** | **4/15/19-present** |
| 26a.4. | **Sarah Millner** **513 S. Jupiter Street, 2nd Floor** **Philadelphia, PA 19147** | **10/26/18-present** |
| 26a.5. | **Carly Griffin** **127 Landing Drive** **Woodbury, NJ 08096** | **10/27/14-present** |
| 26a.6. | **Anastasia Savchenko** **9050 W. Warm Springs Road, 2102** **Las Vegas, NV 89148** | **11/15/18** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Arena Football League LLC** _____   Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.7. | **Kelly Tate, CPA**<br>**7336 W. Post Road, #10**<br>**Las Vegas, NV 89113** | **11/26/18** |
| 26a.8. | **CliftonLarsonAllen, LLP**<br>**610 W. Germantown Pike, #400**<br>**Plymouth Meeting, PA 19462** | **1/10/19** |
| 26a.9. | **Keith Burrows**<br>**601 F Street, NW**<br>**Washington, DC 20004** | **1/1/2016-present** |
| 26a.10. | **Jake Schoenfield**<br>**601 F Street, NW**<br>**Washington, DC 20004** | **1/1/16-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Randall Boe** | **1600 Market Street, Suite 2600**<br>**Philadelphia, PA 19103** | **Commissioner** | |
| **Anacostia Sports LLC** | **601 F. Street, NW**<br>**Washington, DC 20004** | **Shareholder** | **50.0** |
| **Trifecta Sports and Entertainment LLC** | **201 Laurel Road, 7th Floor**<br>**Voorhees, NJ 08043** | **Shareholder** | **50.0** |

Debtor    **Arena Football League LLC** _____    Case number *(if known)* _____

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 27, 2019**

**/s/ Randall Boe** _____    **Randall Boe** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Commissioner** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re    **Arena Football League LLC**                          Case No. _____

                                            Debtor(s)                  Chapter      **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 65,000.00 |
| Prior to the filing of this statement I have received | $ | 65,000.00 |
| Balance Due | $ | 0.00 |

2.   $ **335.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☐ Debtor      ■ Other (specify):      **$32,500.00 paid by Anacostia Sports, LLC**
                                                    **$32,500.00 paid by Arena Football One LLC**

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify): _____

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 27, 2019**                                 **/s/ Michael R. Lastowski**
*Date*                                                      **Michael R. Lastowski**
                                                     *Signature of Attorney*
                                                     **Duane Morris LLP**
                                                     **222 Delaware Avenue, Suite 1600**
                                                     **Wilmington, DE 19801-1659**
                                                     **302-657-4900  Fax: 302-657-4901**
                                                     **MLastowski@duanemorris.com**
                                                     *Name of law firm*

# United States Bankruptcy Court
## District of Delaware

In re   **Arena Football League LLC**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Commissioner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 27, 2019**

**/s/ Randall Boe**

**Randall Boe/Commissioner**
Signer/Title

Acadian Ambulance Service
P.O. Box 92970
130 E. Kaliste Saloom road
Lafayette, LA 70509

Accelerated Rehabilitiation Centers
2396 Momentum Place
Chicago, IL 60689

Addison, Dominic J
7021 Filbert Lane
Tampa, FL 33637

Adelson Mclean, APC
895 Dove Street, Suite 300
Newport Beach, CA 92660

Adirondack Technical Solutions LLC
5457 State Route 40
Argyle, NY 12809

Adirondack Technical Solutions, LLC
5457 State Route 40
Argyle, NY 12809

ADP
P.O. Box 842875
Boston, MA 02284-2875

ADP, LLC
One ADP Blvd.
Roseland, NJ 07068

Adrian Battles
c/o Glenn Stuckey
1McArthur Place, Suite 200
Santa Ana, CA 92707

Adrian McPherson
c/o Pro Athlete LAw Group
401 B St #2350
San Diego, CA 92101

Adron Terrell
c/o Tim English, Esquire
3150 Almaden Expressway, #147
San Jose, CA 95118

Advantage Warehousing & Logistics
7050 Lindell Road, #160
Las Vegas, NV 89118

AFLPU
6300 Powers Ferry Road
Atlanta, GA 30339

AIA Whats Up Promotions
8148 Solutions Center
Chicago, IL 60677

AIG Property Casualty Inc.
c/o Sidley Austin LLP
787 Seventh Avenue
Attn: Andrew D. Hart
New York, NY 10019

AIG Property Casualty, Inc.
175 Water Street, 15th Floor
Attn: Jason R. Goldy, Associate GC
New York, NY 10038

Albany Advanced Imaging
P.O. Box 74
Latham, NY 12110

Albany Advanced Imaging
3 Atrium Drive
Albany, NY 12205

Albany Times Union
P.O. Box 80068
Prescott, AZ 86304

All About Therapy
501 E. Sugarland Hwy.
Clewiston, FL 33440

All Service Moving
66 SE Morrison
Portland, OR 97214

Allied Storage Containers
3420 Chateau Drive
East New Market, MD 21631

Alpha Media LLC
1211 SW 5th Avenue, Suite 750
Portland, OR 97204

Amarri Jackson
c/o Pro Athlete Law Group
401 B St #2350
San Diego, CA 92101

American Express
P.O. Box 30384
Salt Lake City, UT 84130

Amos, Anthony
5551 Livingston Drive
Fayetteville, NC 28311

Anacostia Sports LLC
601 F. Street, NW
Washington, DC 20004

Ancero LLC
1001 Briggs Road, Suite 220
Mount Laurel, NJ 08054

Ancero, LLC
1001 Briggs Road, Ste. 220
Mount Laurel, NJ 08054

Andrew Holland
10503 NE Oak Brooker
Vancouver, WA 98662

Andrews, Donell
614 Ralston Avenue
Pikesville, MD 21208

Anthony Herron
1305 S. Michigan Avenue, Apt. 804
Chicago, IL 60605

Arden Echelon Partners, LLC
201 Laurel Road
Voorhees, NJ 08043

Arden Echelon Partners, LLC
c/o The Arden Group, Inc.
1600 Market St., Ste. 2600
Philadelphia, PA 19103

ASC Downtown Surgery Center
801 N. Orange Avenue, Suite 630
Orlando, FL 32801

Asset Recovery Group, Inc.
P.O. Box 14949
Portland, OR 97293

Associated Patho
12350 Collection Center
Chicago, IL 60693

Associated Reproduction Services
13925 Whittier Blvd.
Whittier, CA 90605

Athens Orthopeadic Clinic
1765 Old West Broad Street
P.O. Box 101709
Athens, GA 30606

Athletes Performance
6155 Sports Village road, Suite 400
Frisco, TX 75034

Athletic Decals Inc.
8800 Bissonnet Street, Suite N
Houston, TX 77074

Atlantic City Weekly
1000 West Washington Street
Pleasantville, NJ 08232

Atoe, James D
18544 96th Avenue E
Puyallup, WA 98375

Austin, Rodney B
38 Pickering Lane
Troy, NY 12180

Autumn Ridge Apartments
1501 Little Glouchester Road
Cope, CO 80812

Autumn Ridge Apartments
1501 Little Gloucester Road
Blackwood, NJ 08062

Bailey, Willie C
16101 NW 17th Place
Opa Locka, FL 33054

Baltimore Sun
P.O. Box 3132
Boston, MA 02241-3132

Barber, Robert
10513 191st Court East
Puyallup, WA 98374

Barnett, Phillip M
2010 Queen Avenue
Middletown, OH 45044

Barton Malow Company
300 Spruce Street, Suite 120
Columbus, OH 43215

Bashor's Team Athletics
4810 N. interstate Avenue
Portland, OR 97217

Bates, Leonardo
1048 Carmadelle Street
Marrero, LA 70072

Beacon Advisors, Inc.
1912 N. Hudson Avenue
Chicago, IL 60614

Bell, Wilson
1629 Carlisle Drive West
Mobile, AL 36618

Benji McDowell
12544 Honeychurch St
Raleigh, NC 27614

Benson, Mykel A
1791 Halfomoon Street NW
Palm Bay, FL 32907

Big Game USA
13835 Welch Road
Dallas, TX 75244

Blue Star Charters and Tours
8250 NE Martin Luther King Jr. Blvd.
Portland, OR 97211

Boles, Christopher
1011 Homer Street
Toledo, OH 43608

Bouldin, Daronte
110 Johnson Avenue
Canton, MS 39046

Bowen, Kevin
1568 Tarleton Street
Spring Valley, CA 91977

Boy Scouts of America
807 Kinnear Road
Columbus, OH 43212

Boyd, Shane
552 Glen Arvin Avenue
Lexington, KY 40508

Brandingmerchandise.com
28255 SE Wally Road
Boring, OR 97009

Brantley, Harold
651 Springhouse Lane
Hummelstown, PA 17036

Brian Buckley
704 Evergreen Circle
Las Vegas, NV 89107

Brian Perkins
14655 SW 76th Avenue, #1
Portland, OR 97224

Briggs, Christian
42349 Bateman Road
Franklinton, LA 70438

Brown, Arkeith
407 La Bradford
Bay City, TX 77414

Brown, Brandon
3768 Tortosa Court
San Ramon, CA 94583

Brown, Lamark
6316 Paddock Glen Drive, Apt: 303
Tampa, FL 33634

Brown, Marvis
6696 Hudnall Road
Orange, TX 77632

Brown, Sean Bernard
863 Macon Place
Uniondale, NY 11553

Browning, Paul J
1155 Bella Springs View, Apt: 514
Colorado Springs, CO 80921

Broxton, Jarell
787 Quince Orchard Road, Apt: 31
Gaithersburg, MD 20878

Bruno Silva
528 Live Oak Lane
Fort Lauderdale, FL 33327

Buck's Bags, Inc.
2401 W. Main Street
Boise, ID 83702

Bullock, Zackery E
4801 Mackerel Drive
Sebring, FL 33870

Bunn, Marinus
1870 Prince Edward Drive
Elon, NC 27244

Burgess, Jamaal
26443 Southwest 122nd Place
Homestead, FL 33032

Calloway, Derrick
6803 34th Avenue
Palmetto, FL 34221

Capital District Physicians' Health Plan
500 Patroon Creek Blvd.
Albany, NY 12206

Carlton Brown
c/o Leviton, Diaz & Ginocchio
1551 N. Tustin Avenue, Suite 850
Santa Ana, CA 92705

Carr, Gregory
2701 NE 7th Street, Apt: 511
Ocala, FL 34470

Carter, Deniko
2043 Hunting Ridge Drive
Owings Mills, MD 21117

Carter, Jeremy Rashaad
13001 Southeast 155th Avenue
Happy Valley, OR 97086

Casino Reinvestment Dev. Authority

Catamaran Media
2 North Route 9
Ocean View, NJ 08230

Cato-Bishop, Darryl
192 C Humboldt Avenue, Apt: 3
Boston, MA 02121

Cave, Ryan
1334 Shimmer Light Circle
Rock Hill, SC 29732

CBS Interactive, Inc.
24670 Network Place
Chicago, IL 60673

Center for Family Practice
8 Century Hill Drive
Albany, NY 12211

Chad Anderson
c/o Pro Athlete Law Group
401 B St #2350
San Diego, CA 92101

Chain Reaction Consulting LLC
112 Log Canoe Circle
Stevensville, MD 21666

Chandler, Thornton M
9322 Tracelawn Court
Humble, TX 77396

Chuck Kacsur Design
69 Shepard Lane
South Burlington, VT 05403

City of Philadelphia
Department of Revenue
P.O. Box 1393
Philadelphia, PA 19105

Clark, Anthony
11235 Minstrel Tune Drive
Germantown, MD 20876

Clark, Lane
3119 Thunderbird Circle
Hays, KS 67601

Clarke, Edward Patrick
17 Southeast 23rd Avenue
Cape Coral, FL 33990

Clifton Park Podiatry
1673 Route 9
Clifton Park, NY 12065

Cohen, Matthew
51 Cornell Drive
Plainview, NY 11803

Coleman, Alexander
2892 Ravenswood Court
Columbus, OH 43232

Collins, Brandon J
11902 Swan Drive
Austin, TX 78750

Collins, Lanford
5 Birkenhead Lane
Stafford, VA 22554

Columbia Anesthesia Group
P.O. Box 5157
Vancouver, WA 98668

Comcast Business
P.O. Box 34744
Seattle, WA 98124

Coney, AJ
1045 W. Highland Drive
Cocoa, FL 32922

Cook, Kenyattus
502 Ca;edon Court, Apt: 502
Greenville, SC 29615

Corbin, William D
207 n. Sampson Avenue
Dunn, NC 28334

Cornelius Dixon
c/o Pro Athlete Law Group
401 B St #2350
San Diego, CA 92101

Cort Business Services
P.O. Box 17401
Baltimore, MD 21297

Cottom, Brandon
152 Parsons Lane
Newtown, PA 18940

Cottrill-Lowe, Julian
3656 Noe Bixby Road
Columbus, OH 43232

Cox, Rakim
581 Marsh Harbor Drive
San Diego, CA 92154

Cozen O'Connor
P.O. Box 7247
Philadelphia, PA 19170

CRGO Intelluctual Property Law
7900 Glades Road, Suite 520
Boca Raton, FL 33434

CSC Corporate Domains, Inc.
P.O. Box 13397
Philadelphia, PA 19101-3397

CTL Management Inc.
Kings Court Apartments
16300 SW Estuary Drive
Beaverton, OR 97006

D.C. Arena L.P.
601 F Street NW
Washington, DC 20004

DaJohn Harris
c/o Howard Silber
2625 Townsgate Road, #330
Westlake Village, CA 91361

Dance! By Debra DiNote
208 E. Holly Ave.
Sewell, NJ 08080

Dangerfield, Jared A
1831 Waldorf Drive
West Palm Beach, FL 33411

Daniels, Sean T
26 knoll Drive
Blackwood, NJ 08012

Danzey, Devonte A
6728 Crossbrook Lane
Pinson, AL 35126

Davenport, Svante
6941 University Drive West, Apt: 6206
Huntsville, AL 35806

David Crilly
815 1st Avenue
Duluth, MN 55810

DC Arena LP
601 F. Street, NW
Washington, DC 20004

Deaudra Dix
c/o Pro Athlete Law Group
401 B St #2350
San Diego, CA 92101

Deloatch, Romond
7401 Halprin Drive
Norfolk, VA 23518

Desert Orthopeadic Center
P.O. Box 50509
Henderson, NV 89016

Dillon, Antron
12025 Citrus Falls Circle
Tampa, FL 33625

Discovery Litigation Services
P.O. Box 420247
Atlanta, GA 30342

Donte Brown
420 Orchard Avenue
Lansdowne, PA 19050

Dover, Thomas E
703 East 18th Avenue
Homestead, PA 15120

Drs. Mori Bean and Brooks PA
P.O. Box 116700
Atlanta, GA 30368

Druthers Brewing Company
381 Broadway
Saratoga Springs, NY 12866

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Dunmore, Oshay
1115 S. Pine Street
Newport, OR 97365

Durant, Schoeppel, Decunto & Ratchford
6550 St. Augustine Road, Suite 105
Jacksonville, FL 32217

Durbin, Tyler
1360 Sterling Silver Way
Columbus, OH 43240

Dust Bowl Artistry
125 Blue Stem Lane
Aledo, TX 76008

Duvalt, Darian C
116 Modest Street
Lakeland, FL 33805

Edge Arena
325 Log Canoe Circle
Stevensville, MD 21666

Edwards, Saqwan
9223 Portal Drive
Houston, TX 77031

Enterprise Holdings
1924 NE Columbia Blvd.
Portland, OR 97211-1925

Enterprise Rideshare
20400 SW Teton Avenue
Tualatin, OR 97062

Epps, Dezmon
6405 Friday Circle
North Highlands, CA 95660

Eric Crocker
c/o Pro Athlete Law Group
401 B St #2350
San Diego, CA 92101

Espinosa, Mason Daniel
118 Adams Street
Cookeville, TN 38506

Evans, Jerod X
602 Walnut Hollow Drive
Mansfield, TX 76063

ExamWorks, Inc
11010 White Rock Road, Suite 120
Rancho Cordova, CA 95670

Exos Athlete Performance AZ
2629 E. Rose Garden Lane
Phoenix, AZ 85050

Fance, Calvin
5814 Black Gum Drive
Houston, TX 77092

Ferns II, Adrian B
1629 Bruin St
Los Angeles, CA 90047

Finishline Pt and Sports LLC
2030 E. County Line road, Unit M
Littleton, CO 80126

FirstLight
P.O. Box 1301
Williston, VT 05495

Florida Sports and Family Heal
309 W. Bass Street
34741

Forrester, Malik
4501 Bonner Road
Baltimore, MD 21216

FP Mailing Solutions, Inc
P.O. Box 157
Bedford Park, IL 60499

Franczek Radelet P.C.
300 S. Wacker Drive, Suite 300
Chicago, IL 60606

Franklin Group
1856 Flatbush Avenue
Brooklyn, NY 11210

Fritz, Rodney V
 8120 Willow Way
Kansas City, MO 64138

Gallington, Deveric
2510 Holly Brook Lane, #1016
Arlington, TX 76006

GE Capital
POB 105710
Atlanta, GA 30348

Genesis Sports Medicine and Rehabilitati
3890 Redwine Road, Suite 114
Atlanta, GA 30331

Germain Auto Group

Google
Dept. 33654
P.O. Box 39000
San Francisco, CA 94139

Goosby, Joseph L
9502 Connock Chase Drive
Houston, TX 77065

Gordon, James
1541 W. River Lane
Tampa, FL 33603

Gorman, Jabari T
2228 SW 81st Avenue
Hollywood, FL 33025

Government of the District of Columbia
1101 4th Street, SW, Suite W270
Washington, DC 20024

Grady, Thomas C
1 Stablegate Drive
Clifton Park, NY 12065

Grant, Antwane Emanuel Alexander
251 W. Dekalb Pike, Apt: EPH05
King of Prussia, PA 19406

Grant, Troy
10012 South 5th Street
Phoenix, AZ 85042

Gray, Paul A
6410 Celtic Drive SW
Atlanta, GA 30331

Gray, Reginald
14905 South Langley
Dolton, IL 60419

Guerad, Antonio
10204 Majestic Palm Circle
Riverview, FL 33578

Guerra, Fabian
7612 Juniper Street
Hollywood, FL 33023

Haag, Nicklas
6 Glade Street
Worcester, MA 01610

Haisley, Glen
7340 Briarheath Drive
New Orleans, LA 70128

Hall, Rodney
6060 W. Girard Avenue
Philadelphia, PA 19151

Hands-on-care
499 Blossom Hill Road
San Jose, CA 95123

Harlan, DeAntre
2621 Coldstream Drive
Fort Worth, TX 76123

Havrilla, Dennis
1174 Limeridge Drive
Concord, CA 94518

Hayes, Robert
102 West Maple Avenue
Sterling, VA 20164

HCI
P.O. Box 82910
Phoenix, AZ 85071

Henderson, Roderick L
3356 E. Tuskegee Circle
Montgomery, AL 36108

Henry Schein
135 Duryea Road
Melville, NY 11747

Hicks, Hayworth
4312 Maricopa Drive
Ames, IA 50014

Hills, Joseph
913 Fern Leaf Drive
Ruskin, FL 33570

Hippeard, Randall P
12993 Mallory Circle
Orlando, FL 32828

Historic Boardwalk Hall
2301 Boardwalk
Atlantic City, NJ 08401

Hobbs, Arthur L
2136 Caddy Druve
Marrero, LA 70072

Hobbs, Travonne
2136 Caddy Drive
Marrero, LA 70072

Hoffman's Exterminating Co. Inc.
532 Bridgeton Pike (Route 45)
Mantua, NJ 08051

Hollis, Dwayne
60 South Maple Court
Newport News, VA 23608

Homer, Tevin
6723 Red Reef Street
Lake Worth, FL 33467

Homewood Suites
1651 Western Avenue
Albany, NY 12203

Idegy Inc.
226 N. Fifth Street, Suite 220
Columbus, OH 43215

Imagetec
4509 Prime Parkway
McHenry, IL 60050

Indepedence Blue Cross
P.O. Box 8240
Philadelphia, PA 19101

Infinity Hair Salon & Spa
1223 Fort Hunter Road
Schenectady, NY 12303

Ings, Kendrick I
18306 Berwick Terrace
Hagerstown, MD 21740

Inland Orthopeadic Surgery
2500 W. A Street, Suite 201
Moscow, ID 83843

institute of Orthopaedic Surgery
P.O. Box 50509
Henderson, NV 89016

Isles, Nathan
6410 Celtic Drive SW
Atlanta, GA 30331

Ivory, Aaron
5154 East 88th Street
Cleveland, OH 44125

Jackson, Alvin R
427 Warren Street
Como, MS 38619

Jackson, Dexter T
894 Crest Drive E.
Jacksonville, FL 32221

Jackson, Laroche Q
2447 Parental Home Road
Jacksonville, FL 32216

Jacksonville Orthopeadic Institute
1325 San Marco Blvd., suite 200
Jacksonville, FL 32207

James, Tre
6123 Edlynne Road
Baltimore, MD 21239

Jeff Curtin
11223 SW 27th Avenue
Portland, OR 97219

Jeffrey Kafoury
4928 SE 49th
Portland, OR 97206

Jeremy Fisher
7608 Belhurst Avenue
Las Vegas, NV 89113

Jerome Raymond
1211 Carlysle Lnn Ct.,
Lawrenceville, GA 30044

Jet Wave Wireless
5228 Eisenhower Avenue
Alexandria, VA 22304

Jimmy Jesberger
13477 Trevose Road
Philadelphia, PA 19116

JLewis Small Company
POB 426
Elwood, IN 46036

JND Cleaners
3212 S. I-10 Service Road
Metairie, LA 70001

John Currier
10505 NE 24th Avenue
Vancouver, WA 98686

John Leighton
2236 Greenwich Street
Philadelphia, PA 19123

John Percich
16175 SW Vincent Street
Beaverton, OR 97078

Johnson, Jadar
4934 North Road
Orangeburg, SC 29118

Johnson, Kaleb
2873 Taylor Hill Drive
Jacksonville, FL 32221

Jomo Wilson
c/o Leviton Diaz & Ginocchio
1551 N. Tustin Avenue, #850
Santa Ana, CA 92705

Jones, Keiron A
22186 SW 60th Avenue
Boca Raton, FL 33428

Jones, Malachi
930 Summer Wind Place
Roswell, GA 30075

Jones, Torez D
2812 Lancaster Road
Wilson, NC 27896

Josh Vega
288942 SW Monte Carlo Avenue
Wilsonville, OR 97070

K&K Insurance Group
1712 Magnavox Way, P.O. Box 2338
Fort Wayne, IN 46801

Kanuch, Tuni
483 North 1220 West
Provo, UT 84601

Kanuck Productions
2021 Ocean Avenue, #325
Santa Monica, CA 90405

KDI
P.O. Box 1610
Media, PA 19063

KDI
200 Rocoosin Dr., Ste. 101-103
Aston, PA 19104

Keir, Michael
1700 South 28th Street
Philadelphia, PA 19145

Kevin Tarole
1606 Ravena Street
Bethlehem, PA 18015

Key Benefit Administrators
P.O. Box 55210
Indianapolis, IN 46205

Key Business Solutions
575 Virginia Drive
Fort Washington, PA 19034

Keyes, Denzel
2201 Rustic Circle
Kinston, NC 28504

Kimpton Palomar Hotel
Attn: Accounting Dept.
2121 P Street NW
Washington, DC 20037

Kinex Medical Company
1801 Airport Road, Suite D
Waukesha, WI 53188

Labratory Corp of America
P.O. Box 2240
Burlington, NC 27216

LaFrance, Royce L
3801 Inwood Drive
Harvey, LA 70058

Lambert, Davonte
10110 RoseMary Leaf Lane
Riverview, FL 33578

Laron Scott
c/o Pro Athlete Law Group
401 B St #2350
San Diego, CA 92101

Laughinghouse, Tyron
1005 Colonial Avenue
Greenville, NC 27834

Lauina, Fred
POB 1235
Pago Pago, AS 96799

Lawrence, Justin
7530 Monarch Mills Way, Apt. 404
Columbia, MD 21046

Leavitt, Tate
14205 Township Road 21
Thornville, OH 43076

Lee, Christopher
3185 Trident Lane
Woodbridge, VA 22193

Legacy Emmanuel Hospital
P.O. Box 4107
Portland, OR 97208

Leggett, Maurice
5770 Vinings Retreat Way SW
Mableton, GA 30126

Letuli, Jovann Tasi
666 King Street
Akron, OH 44311

Lewis, Cornelius
2124 Tuskegee Road
Jacksonville, FL 32209

Lewis, Darrell M
103 A Merritt Road
Abbeville, AL 36310

Lewis, Mark Andrew
345 White Oak Drive
Altamonte Springs, FL 32701

Liberty Mutual
P.O. Box 85307
San Diego, CA 92186-5307

Lincoln Holdings LLC
601 F Street, NW
Washington, DC 20004

Love, Damian T
134 Cantabury Lane
Millbrook, AL 36054

M-2 Productions
620 30th Street
Manhattan Beach, CA 90266

Mackey, Leon
79 Ball Farm Way
Wilmington, DE 19808

Maclaren, Malcolm Christopher
P.O. Box 161057
Altamonte Springs, FL 32716

Madison, Colin
1S252 Ingersoll Lane
Villa Park, IL 60181

Maiava, Lene
4181 E. 24th Street
Tucson, AZ 85711

MailFinance, a Neopost USA Company
478 Wheelers Farm Road
Milford, CT 06461

Mailfinance.com
478 Wheelers Farm Toad
Milford, CT 06461

Majoria Drugs
1805 Metairie Road
Metairie, LA 70005

Manley, Phillip-Keith A
7555 Black Squirrel
Hamilton, OH 45013

Marcus Trice
c/o Pro Athlete Law Group
401 B St #2350
San Diego, CA 92101

Martin, Nias
663 Eastern Parkway
Baltimore, MD 21206

Mason, Miles J
1467 W. 48th Street
Los Angeles, CA 90062

Mathis-Ellis, Jahlil
7389 Spoleto Loop
Fairburn, GA 30213

Mauia, Wesley L.
8440 South Las Vegas Boulevard
Las Vegas, NV 89123

Maurice Purify
c/o Madans Law Group
1416 Westwood Blvd.
Los Angeles, CA 90024

McCalister, Alex
633 Cambridge Farm Court
Kernersville, NC 27284

McGinnis, Willie
2317 Francis Avenue, Apt: 2317
Mansfield, MA 02048

McNeil III, Douglas
6724 Long Longhill Road
Gwynn Oak, MD 21207

McNeil, Raymond K
8203 Carraige Point Drive
Gibsonton, FL 33534

Medco Supply Co.
P.O. Box 21773
Chicago, IL 60673

Mediation Research & Education Project,
655 West irving Park Road, Suite 2098
Chicago, IL 60613

Medicwest Ambulance
9 West Delhi
North Las Vegas, NV 89032

Mercury Luggage Mfg.
4843 Visitor Street
Jacksonville, FL 32207

Metro West Ambulance Inc.
609 NW Coast Street
Newport, OR 97365

Metz, Jake
860 Haldeman Road
Lederach, PA 19450

Milton Wicks
17 West 64th Street, Apt: 2A
New York, NY 10023

Mitchell D. Bluhm & Associates, LLC
2222 Texoma Parkway, Suite 160
Sherman, TX 75090

MJ Pelkey Pavement Maintenance
14 Willowbrook Lane
Cohoes, NY 12047

Moody, Justin
142 South Adams Street
Petersburg, VA 23803

Moore, Terence
900 Woodburn Drive
Columbus, GA 31907

Moran Rowen & Dorsey
P.O. Box 14005
Orange, CA 92863

Morgan Linen Service
145 Broadway
Albany, NY 12204

Morgan, Donovan K
2819 Firecrest Drive
Katy, TX 77494

Morgan, Maurice
3151 Ricky Court
La Grange, NC 28551

Morris, Shane
30339 Moulin Avenue
Warren, MI 48088

Morton, Kenny
1707 N. Hall Street, Apt: 183
Dallas, TX 75204

MR Connect
P.O. Box 14244
Lexington, KY 40512

Mudge, Jordan
1530 N. Pomerene Road
Benson, AZ 85602

Muhammed, Brad
4034 18th Avenue S.
Saint Petersburg, FL 33711

Myers, Donald J
16244 Neabsco Road
Woodbridge, VA 22191

Myers, Spencer T
103 South Red Maple Street
Selinsgrove, PA 17870

Nadler, Liam
10550 Road C
Leipsic, OH 45856

National Union Fire Ins. Co. of Pittsbur
175 Water Street, 18th Floor
New York, NY 10038

NCH Physician Group
801 Anchor Rode Drive, Suite 300
Naples, FL 34103

Neal, DeJuan
1564 Columbia Beach Road
Shady Side, MD 20764

Nelson, Arvell
9604 Yale Avenue
Cleveland, OH 44108

Nemeth, Ernest
2659 Nottingham Way, Apt: 2
Trenton, NJ 08619

New Orleans City Park Improvements Assoc
1 Palm Drive
New Orleans, LA 70124

Newell, Keith
655 Lamberton Street
Trenton, NJ 08611

Neysmith, Lenroy
118 Maple Street
Meriden, CT 06451

Nixon, Rory
1403 Peabody Drive
Hampton, VA 23666

Norman, Marrio
295 Boulder Drive
Roswell, GA 30075

Norrils, Eddie C
2730 E. Candlestick Court
Toledo, OH 43615

Northington, Kiante
2131 Middle Lane
Louisville, KY 40216

Northshore University Health System
23056 Network Place
Chicago, IL 60673

NYS Office of Parks, Rec.&Historic Pres.
625 Broadway
Albany, NY 12207

NYSIF
199 Church Street
New York, NY 10007

O'Brien, Patrick
716 E. Iredell Avenue
Mooresville, NC 28115

Obi, Fredrick O
295 Boulder Drive
Roswell, GA 30075

Obi, Kenechukwu
5730 E. Candlestick Court
Toledo, OH 43615

Odie D. Armstrong
c/o Leviton Diaz & Ginocchip
1551 N. Tustin Avenue. #850
Santa Ana, CA 92705

Offray, Juwan
4718 Citrus Drive
New Orleans, LA 70127

Oklahoma Sports Consultant, LLC
3130 Woodward Blvd.
Tulsa, OK 74105

Omameh, Sydney
5151 Sassareas Road
Columbus, OH 43229

Omarr Smith
43235 W. Wild Horse Trail
Maricopa, AZ 85138

One Beat CPR Learning Center, Inc.
4350 Oakes Road, Suite 500
Fort Lauderdale, FL 33314

Optimal Health Chiro. & Physical Therapy
6106 Black Horse Pike, Unit A3
Egg Harbor Township, NJ 08234

Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693

Oracle America, Inc.
500 Oracle Parkway
Redwood City, CA 94065

Oracle Netsuite
500 Oracle Parkway
Redwood City, CA 94065

Orchid Medical
3449 Momentum Place
Chicago, IL 60689

OrthoNY, LLP
121 Everett Road
Albany, NY 12205

Outlaw, Lonnie J
1107 4th Avenue
Rochelle, GA 31079

Outsey, Jameer
61 Brookside Avenue
Somerville, NJ 08876

P.R.O.S. Corporate Housing LLC
11211 N Tatum Blvd Suite 220
Phoenix, AZ 85028

Pacific Office Automation
14747 NW Greenbrier Parkway
Beaverton, OR 97006

Paciolan
5291 California Avenue, Suite 100
Irvine, CA 92617

Palka, Tyler
10312 Stark Street
Temperance, MI 48182

Parker, Anthony
15741 NE 15th Street
Miami, FL 33162

PBS Anethesia
3157 N. Rainbow Blvd., #518
Las Vegas, NV 89108

PCG-SDM Holdings, LLC
5646 Milton Street, Suite 895
Dallas, TX 75206

Pepsi Co.
1 Pepsi Cola Drive
Albany, NY 12210

Peter R. Meyers
360 East Randolph Street, Suite 3104
Chicago, IL 60601

Peterson, Craig G
1231 Peaceable Street
Ballston Spa, NY 12020

Philips, Ervin
27 Meadowbrook Court
West Haven, CT 06516

Phillips, Alfred
538 N. 2040 East
Spanish Fork, UT 84660

Physical Therapy and Hand Center
8080 Bluebonnet Blvd., Suite 110
Baton Rouge, LA 70810

Physiotherapy Associates Inc.
P.O. Box 636002
Littleton, CO 80163

Pioneer Bank
652 Albany-Shaker Road
Albany, NY 12211

Pivot Physical Therapy
P.O. Box 1345
Westminster, MD 21158

Portland General Electric
P.O. Box 4438
Portland, OR 97208

Powell, Damond
3500 Summercourt Drive
Jonesboro, GA 30236

Powell, Joe M
2818 Ambler Avenue
Portsmouth, VA 23707

Prince, Darius Q
120 Main Entrance Drive
West Mifflin, PA 15122

Pro Athlete Law Group
401 B St #2350
San Diego, CA 92101

Prodigy Sports, LLC
83 South St. Ste. 206
Freehold, NJ 07728

Professional Sportscare and Rehab
P.O. Box 1100
Westminster, MD 21158

PROS Housing
11211 N Tatum Blvd
Suite 220
Phoenix, AZ 85028

Quarles & Brady LLP
Two North Central Avenue
Phoenix, AZ 85004

Quest Diagnostics
12323 Collections Center Drive
Chicago, IL 60693

Quest Records
16 Bronze Pointe
Belleville, IL 62226

Randy Gatewood
947 W. Wendy Way
Gilbert, AZ 85233

Raudabaugh, Daniel D
736 Meadowlark Lane
Coppell, TX 75019

Raymond Sterling
600 Bartonsville Road
Frederick, MD 21704

Ready Refresh
P.O. Box 856192
Louisville, KY 40285-6192

Reconstructive Orthopedics, P.A.
4A Eves Dr., Ste. 100
Marlton, NJ 08053

Reese, Joshua C
2522 NW 88th Street
Miami, FL 33147

Regis, Micanor
POB 1991
Belle Glade, FL 33430

Rehab Arizona
265000 Agoura Road, Suite 102-587
Calabasas, CA 91302

Renewal by Anderson
761 5th Ave., #3
King of Prussia, PA 19406

Repeat Business Systems, Inc.
4 Fritz Blvd.
Albany, NY 12211

Revis, Paul
51999 SE 6th Street
Scappoose, OR 97056

Reynolds, Darius
1501 Little Glouchester Road, L10
Blackwood, NJ 08012

Richard Ranglin
c/o Pro Athlete Law Group
401 B St #2350
San Diego, CA 92101

Richardson, Jeramie
5512 Tribune Way
Plano, TX 75094

Riddell/ All American Sports Corp.
7501 Performance Lane
North Ridgeville, OH 44039

River City Rush Delivery
8916 NE Alderwood Road
Portland, OR 97220

Roberts, Roosevelt
101 Ladd Street
Enterprise, AL 36330

Robin Hammond
c/o Rhonda H. Wills - Wills Law Firm
1776 Yorktown, Suite 570
Houston, TX 77056

Robinson, Jamal
1011 Vista Alegre Court
Bowie, MD 20721

Robinson, Tyrell
1313 Las Brisas Drive
Santee, CA 92071

Rodney Fritz
c/o Pro Athlete Law Group
401 B St #2350
San Diego, CA 92101

Romain, James
106 Beach 59th Street, Apt: 203
Arverne, NY 11692

Ron Callan
643 3rd Street
Lake Oswego, OR 97034

Rose, Robert
5245 Fallston Court
Westerville, OH 43081

Rosedale Ice Company
2700 Annapolis Road
Baltimore, MD 21230

Ross, Joel
9615 Main Street
Damascus, MD 20872

Ross, Marvin
5260 Collins Road, Unit 1405
Jacksonville, FL 32244

Rosser, Darius
111 Miller Drive
Marion, AR 72364

Rowley, Kyle
17 Highland Avenue
Lincoln, RI 02865

Ruff, Frederick
2125 N. 30th Street
Philadelphia, PA 19121

Ruffins, Moqut
1701 San Pablo Road S, Apt 1008
Jacksonville, FL 32224

Rumph, Donte D
3900 City Avenue, Apt: A603
Philadelphia, PA 19131

Russell, Faleaoga
4104 Georgia Street
San Diego, CA 92103

Russell, Grant
389 Catalina Drive
Newark, OH 43055

Ryan O'Donnell
3306 Arch Street, Apt 1F
Philadelphia, PA 19104

Sainvil, Vernon
317 South Spring Street
Geneseo, IL 61254

Samuel Tupua, Jr.
c/o Pro Athlete Law Group
401 B St #2350
San Diego, CA 92101

Samuels, Kyron
205 5th Avenue Northeast
Jacksonville, AL 36265

Santiam PT
7201 W. Clearwater Avenue, B101
Kennewick, WA 99336

Sawyer's Screen Printing and Embroidery
10 Hallwood Road
Delmar, NY 12054

Seither, Nicholas A
1911 Vanda Avenue
Hamilton, OH 45013

Select Physical Therapy Holdings
P.O. Box 643407
Pittsburgh, PA 15264

Seneca Insurance Company Inc
160 Water Street, 16th Floor
New York, NY 10038

Sesay, Brandon R
680 S. Eugenia Place NW
Atlanta, GA 30318

Sims, Quentin L
445 Pintail Drive
Loveland, OH 45140

SMG
300 Four Falls Corporate Center
300 Conshohocken State Rd., Ste. 450
Conshohocken, PA 19428

Smith, Jakobi
875 Northwest 13th Court, Apt: 316
Boca Raton, FL 33486

Smith, Khreem A
8450 Sherman Circle North, #E206
Hollywood, FL 33025

Smith, Marquis
2933 Edgewood Road
Bryans Road, MD 20616

Smith, Terrance R
14771 Del Sol Court
Chino Hills, CA 91709

Smith, Warren
249 Birch Lane
Forked River, NJ 08731

Solomon Apartments Management
92 River Road
Summit, NJ 07901

Sonie, Varmah
POB 3022
Burnsville, MN 55337

Southwick, Daniel
500 N. 21st Street, Apt: 222
Philadelphia, PA 19130

Sovereign Rehab of Georgia
1301 Sigman Road NE, suite 220
Conyers, GA 30012

Spectrum Arena Limited Partnership
3601 South Broad Street
Philadelphia, PA 19148

Spectrum Arena, LP
P.O. Box 2424
Philadelphia, PA 19147

Spencer, Kenneth
1 Chelsea Avenue, Apt: 1-207
Long Branch, NJ 07740

Spike's Trophies Limited
2701 Grant Avenue
Philadelphia, PA 19114

Sports Medicine Oregan
7300 SW Childs Road, Suite B
Portland, OR 97224

Sports Recovery Lab, LLC
56 N. Haddon Avenue, Lower Level
Haddonfield, NJ 08033

Sportsfield Specialties, Inc.
41155 NY-10
Delhi, NY 13753

Sportsplex of Halfmoon, Inc
6 Corporate Drive
Clifton Park, NY 12065

Stack Sports Performance & Therapy
1232 Collier Road NW
Atlanta, GA 30318

Stephen B. Goldberg
Dispute Resolution Services
6555 W. irving Park road, Suite 2098
Chicago, IL 60613

Stephens, Brandon
19348 Bankers House Drive
Katy, TX 77449

Stephens, Demetres
11894 Vanport Avenue
Sylmar, CA 91342

Stephens, Isaiah
400 South Dupont Highway, Apt. 100
New Castle, DE 19720

Stevens, Tony C
4771 Wren Court
Charlottesville, VA 22911

Stevens, Tony L
5001 Londonberry Blvd.
Orlando, FL 32808

Stevenson, Larico
1651 Red Banks Road N.
Byhalia, MS 38611

Still, Rashad
4317 Loma Diamante Drive
El Paso, TX 79934

StoneRiver Pharmacy Solutions
P.O. Box 17124
Memphis, TN 38187

Stoshak, Jenson
3314 Hermitage Road East
Jacksonville, FL 32277

Summers, Derrick
3218 Haynes Park Drive
Lithonia, GA 30038

Summit Anesthesia Consultants
1801 W. Olympic Blvd., File 1644
Pasadena, CA 91199

Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384

Sykes, Trumaine Joe
4 St. Francis Lane
Schenectady, NY 12304

Taylor, Collin
10260 Otter Place
Carmel, IN 46033

Taylor, Terrance T
930 Washington Avenue
Muskegon, MI 49441

TechEast Fire & Water Restoration
28 Emerick Lane
Albany, NY 12211

Testan Law
1801 West Olympic
Pasadena, CA 91199

Texas Orthopeadic Associates LLP
8210 Walnut Hill Lane, Suite 1301-LB11
Dallas, TX 75231

The Ohio State University
  on behalf of its Wexner Medical Center
2835 Fred Taylor Drive, Ste. 2229
Columbus, OH 43202

The Orthopeadic Clinic Association
P.O. Box 664014
Dallas, TX 75266

The Team Productions
503 South Front Street, Suite 250
Columbus, OH 43215

Third Street Properties, LTD
33 N. Third Street
Suite 500
Columbus, OH 43215

Third Street Properties, Ltd.
33 North Third Street, Ste. 500
Columbus, OH 43215

Thomas, Jordan
17502 Loring Lane
Spring, TX 77388

Thompkins, Brandon
2904 Hamilton Key
West Palm Beach, FL 33411

Thompkins, Kendal
5305 San Antonio Avenue
Orlando, FL 32839

Thompson Court Reporters, Inc.
1017 W. Washington Blvd., Suite 2F
Chicago, IL 60607

Thompson, Trenton
8201 N. Sterling Lake
Covington, GA 30014

TIAA Commerical Finance, Inc.
P.O. Box 911608
Denver, CO 80291

Ticketmaster
14643 Collection Center Frive
Chicago, IL 60693

Tiller, Aaron
974 Jefferson Chase Way
Blacklick, OH 43004

Tim Cheatwood
c/o Leviton, Diaz & Ginocchio
1551 N. Tustin Avenue, Suite 850
Santa Ana, CA 92705

Tivis, Neal
521 E. Windsor Drive, Apt: 101
Denton, TX 76209

Total Orthopedics
4700S. Wadsworth Blvd.
Littleton, CO 80123

Total Turf Experience
614 Lambs Road
Pitman, NJ 08071

Total Turf Experience, LLC
614 Lambs Road
Pitman, NJ 08071

Trail, Lynden
3820 Headwind Lane
Portsmouth, VA 23703

Transfinder
440 State Street
Schenectady, NY 12305

Travelers
Dept. 12787
P.O. Box 660333
Dallas, TX 75266

Trevino, Adrian K
2092 Lynnemarie Drive
Merced, CA 95341

TRG, LLC
P.O. Box 25180
Portland, OR 97298

Tribue, Wayne
2730 coldspring Road
York, PA 17404

Trifecta Sports and Entertainment LLC
201 Laurel Road, 7th Floor
Voorhees, NJ 08043

Tufunga, Siosifa V
3592 Ganador Court
Riverside, CA 92503

Tulane University Hospital and Clinic
P.O. Box 402872
Atlanta, GA 30384

Tulane University Medical Group
P.O. Box 54431
New Orleans, LA 70154

UC Health
P.O. Box 630911
Cincinnati, OH 45263

UCLA Health Physician Services
P.O. Box 748156
Los Angeles, CA 90074

Uitalia, Kasimili
1444 300th Avenue
Lengby, MN 56651

United Concordia
P.O. Box 827377
Philadelphia, PA 19182

United Healthcare
Springfield Service Center
P.O. Box 30555
Salt Lake City, UT 84130

University of Cincinnati Physicians, LLC
P.O. Box 630861
Cincinnati, OH 45263

Unum
2211 Congress Street
Portland, ME 04122

Upside Collective
80 State Street, 2nd Floor
Albany, NY 12207

Vanguard
c/o Ascensus
P.O. Box 28067
New York, NY 10087

Vanguard / Ascensus, LLC
200 Dryden Road
Dresher, PA 19025

Veritext Midwest
P.O. Box 71303
Chicago, IL 60694

Veritext, LLC
P.O. Box 71303
Chicago, IL 60694

Victorian, Josh J
305 Turtle Creek
Saint Rose, LA 70087

Virgil Gray
c/o Tim English
3150 Almeden Expressway, #147
San Jose, CA 95118

Virtua Center for Surgery
P.O. Box 95000-4265
Philadelphia, PA 19195

Virtua Health, Inc.
302 Lippincott Dr., 2nd Fl.
Marlton, NJ 08053

Virtua West Jersey
P.O. Box 85008032
Philadelphia, PA 19178

Vogel, Jacob
12 Deire Drive
Sparta, NJ 07871

VoiceGalaxy Productions
395 Houghton Road
Northfield, OH 44067

Voiceplus
6625 S. Valley View Blvd., #416
Las Vegas, NV 89118

Voorhees Fire District
423 Cooper Road
Voorhees, NJ 08043

Warren, Jeremiah E
1401 Magnolia Avenue
Panama City, FL 32401

Wascha, Aaron P
9016 Hatt Road
Linden, MI 48451

Weathers, Caylon
7255 Germantown Trail
Memphis, TN 38125

Weaver, Michael-Anthony
106 Evergreen Avenue
Elmira, NY 14905

Weil, Gotshal & Manages LLP
767 Fifth Avenue
New York, NY 10153

Wheelwright, Robert
5598 Worcester Drive
Columbus, OH 43232

White Winston Select Asset Funds, LLC
265 Franklin Street, Suite 1702
Boston, MA 02110-3144

White, Lorenzo
2816 Northwest 15th Court
Fort Lauderdale, FL 33311

Wiggins, Gavin
550 Monastery Avenue
Philadelphia, PA 19128

Williams, Jordan
5370 Armor Duells Road
Orchard Park, NY 14127

Williams, Milton D
4920 Fort Totten Drive, Apt: 31
Washington, DC 20011

Wilson High School
1151 SW Vermont
Portland, OR 97219

Wilson, Reggie
5112 Roxie Street
Haltom City, TX 76117

Windsor, Rodrikus
1320 N. McQueen Road, Apt: 2011
Chandler, AZ 85225

Windy Hill Hospital
P.O. Box 406173
Atlanta, GA 30384

Worldwide Express
610 Warrendale Road
Gibsonia, PA 15044

Xfinity
P.O. Box 34744
Seattle, WA 98124

Xtreme Physical Therapy
3300 Hehrman Place
New Orleans, LA 70114

Yes Energy Management; CTL Management
16300 Estuary Drive
Beaverton, OR 97006

Young, Curtis D
681 E. 113th Street
Cleveland, OH 44108

Young, Domonique
9333 Crenshaw Blvd.
Cleveland, OH 44108

Young, Kenric
4151 NW 43rd Street
Gainesville, FL 32606

# United States Bankruptcy Court
### District of Delaware

In re   **Arena Football League LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Arena Football League LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Anacostia Sports**

**Trifecta Sports Entertainment, LLC**

☐ None [*Check if applicable*]

**November 27, 2019**

Date

**/s/ Michael R. Lastowski**

**Michael R. Lastowski**

Signature of Attorney or Litigant

Counsel for   **Arena Football League LLC**

**Duane Morris LLP**

**222 Delaware Avenue, Suite 1600**
**Wilmington, DE 19801-1659**
**302-657-4900 Fax:302-657-4901**
**MLastowski@duanemorris.com**