IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ARENA FOOTBALL LEAGUE LLC, | ) | Case No. 19-12541(JTD) |
| | ) | |
| Debtor.[1] | ) | (Substantively Consolidated) |
| | ) | |
| | ) | **Related D.I. 220** |

**ORDER APPROVING CHAPTER 7 TRUSTEE'S COMBINED (I) MOTION FOR ENTRY OF ORDER ALLOWING CERTAIN FORMER PLAYERS' SEVERANCE CLAIMS AS PRIORITY CLAIMS AND/OR IN MODIFIED PROPOSED CLAIM AMOUNTS AND (II) SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS IN CONNECTION THEREWITH**

Upon consideration of the *Chapter 7 Trustee's Combined (I) Motion for Entry of Order Allowing Certain Former Players' Severance Claims As Priority Claims and/or in Modified Proposed Claim Amounts and (II) Second Omnibus (Substantive) Objection to Claims in Connection Therewith* (hereafter, the "Combined Request");[2] and upon consideration of any opposition submitted in response to the relief requested and after any hearing held in connection therewith; and this Court having jurisdiction over this matter as a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and venue of this case and the Combined Request being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and the opportunity for a hearing on the relief requested having been provided pursuant to the Bankruptcy Code and applicable rules; and the Court having determined the legal and factual

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number, is Arena Football League LLC (3730). In accordance with the *Order Approving Substantive Consolidation of the Debtors and Their Bankruptcy Estates* entered on July 13, 2022, the bankruptcy cases filed by the AFL Debtor, Case No. 19-12541 (JTD) [D.I. 171] and Debtor Arena Football One, L.L.C., Case No. 20-10403 (JTD) [D.I. 17], have been substantively consolidated.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Combined Request.

{02000707;v1 }

bases set forth in the Combined Request and at any hearing held in connection therewith establish just and sufficient cause in support of the relief requested; and after due deliberation, it is hereby

ORDERED, that the relief requested in the Combined Request is approved as provided herein; and it is further

ORDERED, that the Severance Claims identified on **Exhibit 1** attached hereto are allowed as priority claims under 11 U.S.C. §507(a)(4); and it is further

ORDERED, that the Severance Claims are allowed in the respective proposed allowed claim amounts set forth on **Exhibit 1** attached hereto; and it is further

ORDERED, that the Trustee is authorized and directed to deduct any required taxes and other withholdings under applicable laws when issuing any distributions on allowed severance claims, including the allowed Severance Claims set forth on **Exhibit 1** attached hereto; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to any matters related to or arising from the implementation or interpretation of the provisions of this Order.

**Dated: April 12th, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**